**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Trademark Owner Identified in Exhibit 1, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-04081 |
| v. | ) ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) | |
| Defendants. | ) | |

**Schedule A (Sealed)**