**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Trademark Owner Identified in Exhibit 1 v. The P'ships et al.

Case Number: 1:24-cv-04081

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Trademark Owner Identified in Exhibit 1

Attorney name (type or print): ILYA G. ZLATKIN

Firm: ZLATKIN CANN ENTERTAINMENT

Street address: 4245 N KNOX AVE

City/State/Zip: CHICAGO IL 60641

Bar ID Number: 6314344
(See item 3 in instructions)

Telephone Number: 312-809-8022

Email Address: ILYA@ZCE.LAW

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you a member of the court's general bar? ✔ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

Are you appearing *pro hac vice*? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 05/17/2024

Attorney signature: S/ ILYA G. ZLATKIN
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023