# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Trademark Owner Identified in Exhibit 1

Plaintiff,

v.

Case No.: 1:24−cv−04081

Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified on Schedule "A"

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 24, 2024:

MINUTE entry before the Honorable LaShonda A. Hunt: On May 17, 2024, Plaintiff filed a complaint [1] anonymously and exhibits thereto (trademark certificate [2], screenshots [3], and Schedule A listing 142 Defendants [3]) under seal. To date, Plaintiff has not filed any motion for leave to proceed anonymously, to file those documents under seal (as required by Local Rule 26.2(c)), or for any other relief. Given the strong presumption of public access to court filings, see Doe v. Village of Deerfield, 819 F.3d 372 (7th Cir. 2016) (discussing the standard to proceed anonymously) & Baxter Int'l, Inc. v. Abbott Lab'ys, 297 F.3d 544 (7th Cir. 2002) (explaining the legal requirements to file documents under seal), and Plaintiff's failure to seek appropriate relief and to comply with the Local Rules, the Court directs (1) the Clerk of Court to unseal any previously sealed documents, and (2) Plaintiff to file an amended complaint identifying itself by 6/7/24. Failure to comply by that deadline may result in this case being dismissed for want of prosecution. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.