IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Trademark Owner Identified in Exhibit 1, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-04081 |
| v. | ) ) ) | Dist. Judge LaShonda A. Hunt |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) ) | Mag. Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

**NOTICE OF MOTIONS**

**PLEASE TAKE NOTICE** that on Tuesday, June 4, 2024, at 10:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge LaShonda A. Hunt or any judge sitting in her stead, in Room 1425 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or using video or teleconferencing technology, as the Court may require, and shall present the following motions: (1) Plaintiff's Ex Parte Motion for Expedited Discovery [Dkt. 11]; (2) Motion for Electronic Service of Process [Dkt. 13]; and (3) Motion for Leave to File Under Seal and to Proceed Anonymously [Dkt. 10]. Alternatively, if no appearance for presentment is required by the Court, I agree to notify all parties (to the extent I have such parties' contact information in my actual possession as of the date of this notice) that the Court will rule by written order and that an appearance on the date of presentment is not required.

Dated: May 29, 2024

    Respectfully submitted,

    /s/ Ilya G. Zlatkin
    Ilya G. Zlatkin
    Zlatkin Cann Entertainment
    4245 N Knox Ave
    Chicago, IL 60641
    (312) 809-8022
    ilya@zce.law

    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 29, 2024, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
