UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Trademark Owner Identified in Exhibit 1

Plaintiff,

v.

Case No.: 1:24−cv−04081

Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified on Schedule "A"

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 24, 2024:

MINUTE entry before the Honorable LaShonda A. Hunt: On 5/17/24, Plaintiff filed an anonymous complaint [1] and sealed exhibits [2], [3], [4], without an accompanying motion seeking leave to do so. On 5/24/24, the Court entered an order [9] directing the Clerk's office to unseal the filings, granting Plaintiff until 6/7/24 to file an amended complaint identifying itself, and warning Plaintiff that failure to do so may result in dismissal for want of prosecution. Instead of complying with the Court's order, Plaintiff then filed a motion for leave to proceed anonymously and file documents under seal [10], an ex parte TRO motion [11], and a motion for electronic service [13]. On 6/3/24, the Court entered an order [15] denying Plaintiff's motions [10], [11], [13], allowing Plaintiff to renew the TRO and electronic service motions once Plaintiff appropriately disclosed its identity, directing the Clerk's office to unseal certain filings, and warning Plaintiff that the complaint likely fails to satisfy joinder requirements and should have been stricken for still being anonymous (citing XYZ Corp. v. Partnership and Unincorporated Ass'n on Schedule A, No. 20−cv−6610, 2020 WL 6681360 at *1 (N.D.Ill. Nov. 12, 2020) (striking Plaintiff's complaint filed anonymously without leave of court because "[n]o−name litigation is the rare exception, not the Rule."))there has been no docket activity since this order. Accordingly, the Court strikes Plaintiff's complaint [1] and directs Plaintiff to show cause why this action should not be dismissed for want of prosecution and failure to comply with court orders by 6/28/24. Failure to comply with this order will result in dismissal with prejudice. Finally, the Clerk's office is directed forthwith to unseal the documents at [2], [3], [4], and [12], as previously ordered. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.