# Exhibit 2

**CARETOUCH.NET**  Product  Category  About us



   

  

### XBOOM! Dog Keychain Bag Pendant Resin PU Leather Bulldog Keyring Car For Women Men Trinket Jewelry (Color Random Delivery)

**$5.15** $9.99  SALE

ADD TO CART

BUY IT NOW

XBOOM! Dog Keychain Bag Pendant Resin PU Leather Bulldog Keyring Car For Women Men Trinket Jewelry (Color Random Delivery)

1.LOVELY SHAPE WITH PREMIUM MATERIAL:Handmade under high standard craftsmanship,with premium PU leather, metal hook and key chain ring.Soft and smooth, wear-resistant and waterproof,better maintenance and care than leather.Full and cute appearance make the keychain more dynamic and energetic.
2.STYLISH SUPER GUARDIAN:More fashion and outstanding to be your personal adorable loyal guardian.Available in a variety of colors,stylish and versatile,provide the opportunity to match your daily clothing,shoes,jewelry.It can even be used as a charm, pendant,or decoration accessory on automotive,car key,keychain, purse,handbag,bag, and backpack.
3.BEST GIFT IDEAL EVER:It will be the best gift for the back to school,birthday, Christmas,Valentine's Day, Children's Day,Easter for your children,family,friends, colleagues,lovers,eighbors. It will keep guarding people your love.
4.100% SATISFACTION GUARANTEE:If you are not satisfied with our product,please contact us,we will replace you a brand new one or full refund.
5.PACKAGE INCLUDED:1 x Keychain (Color Random Delivery)



## YOU MAY ALSO LIKE



**Yingte Pet Toothpaste For Dogs Cats Helps Reduce Tartar And Plaque Buildup Dog Cat Tooth Cleaning Product**
$5.15 $8.99
SALE

← BACK TO HOME PAGE



**Quick links**

Search

**Newsletter**

Email address     SUBSCRIBE

© 2022, caretouch.net