# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Trademark Owner Identified in Exhibit 1,<br><br>        Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule "A",<br><br>        Defendants | Case No. 1:24-cv-04081<br><br>Dist. Judge LaShonda A. Hunt<br><br>Mag. Judge Jeffrey T. Gilbert |

## Amended Schedule A

| No. | Store Name | Store URL | Listing URL |
|---|---|---|---|
| 30 | Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm | https://chichengqipei.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4ba021d4bh3fPf&from=detail&productId=1600435287388 | https://www.alibaba.com/product-detail/2022-Crystal-French-Bulldog-Keychain-Lanyard_1600435287388.html?spm=a2700.galleryofferlist.normal_offer.d_title.2cf442ceIQsQhQ |
| 39 | Hunan Double Bulls Gifts Co., Ltd. | https://doublebulls.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.37996ab9CT7iv3&from=detail&productId=1600202866107 | https://www.alibaba.com/product-detail/Cartoon-Bulldog-PVC-Keychain-Creative-Cute_1600202866107.html?spm=a2700.galleryofferlist.normal_offer.d_title.70a242ceBM63TZ |
| 41 | Hunan Winners Commerce Co., Ltd. | https://winnersfashion.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.690139 1eBSTBiN&from=detail&productId=1600448559900 | https://www.alibaba.com/product-detail/Fashion-Punk-French-Bulldog-Keychain-PU_1600448559900.html?spm=a2700.galleryofferlist.normal_offer.d_image.5f247ba7VziaIZ |
| 46 | Kunshan Pinstar Gifts Co., Ltd. | https://pinstar.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.20b24390mIhE0E&from=detail&productId=1600364341310 | https://www.alibaba.com/product-detail/Cartoon-bulldog-keychain-car-keychain-keyring_1600364341310.html?spm=a2700.galleryofferlist.normal_offer.d_title.2cf442ceIQsQhQ |

| | | | |
|---|---|---|---|
| 57 | Shaanxi Yuman Brilliant International Trade Co., Ltd. | https://sxcchh.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.5f72669c8Ri6NK&from=detail&productId=1600440102930 | https://www.alibaba.com/product-detail/Wholesale-Cheap-High-Quality-3d-Keychain_1600440102930.html?spm=a2700.galleryofferlist.normal_offer.d_image.8f0b7ba7t53Vxe |
| 68 | Shenzhen Linglicongming Techonic Ltd. Co. | https://cleversmart.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.66fa541ectb69L&from=detail&productId=1600498061196 | https://www.alibaba.com/product-detail/custom-soft-PVC-cartoon-3d-French_1600498061196.html?spm=a2700.galleryofferlist.normal_offer.d_title.6e367ba7AEVwht&s=p |
| 69 | Shenzhen Longgang District Bainatong Firm | https://bainatongtechnology.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.316c43d5NjpVku&from=detail&productId=1600262195983 | https://www.alibaba.com/product-detail/Cute-Colorful-Cartoon-Dog-Bulldog-Plastic_1600262195983.html?spm=a2700.galleryofferlist.normal_offer.d_title.3c0242cefh9tuQ |
| 76 | Shenzhen Yitu Electronics Co., Ltd. | https://szyitu.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.7421401cXrIjOz&from=detail&productId=1600445200097 | https://www.alibaba.com/product-detail/cute-kawaii-3d-cartoon-brown-french_1600445200097.html?spm=a2700.galleryofferlist.normal_offer.d_title.e98e4d13QTKHtJ |
| 78 | Shenzhen Zhanss Technology Co., Ltd. | https://zhansspet.en.alibaba.com/minisiteentrance.html?spm=a2700.details.cordpanyb.2.127968a9CIOkn0&from=detail&productId=1600360810464 | https://www.alibaba.com/product-detail/Wholesale-cute-french-bulldog-keychain-lanyard_1600360810464.html?spm=a2700.galleryofferlist.normal_offer.d_image.b3267ba7wmmWNr |
| 80 | Suzhou Shengbei Electronic Technology Co., Ltd. | https://szshengbei.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.72725569UA0Ehb&from=detail&productId=1600361825862 | https://www.alibaba.com/product-detail/Fashion-Bulldog-Keychain-Pu-Leather-Animal_1600361825862.html?spm=a2700.galleryofferlist.normal_offer.d_title.416542ceIOyMly |
| 85 | Xingyue (Guangzhou) Trading Co., Ltd. | https://xingyuecar.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.c4965bf4fPtngS&from=detail&productId=1600431092538 | https://www.alibaba.com/product-detail/New-Luxury-Car-Interior-Accessories-French_1600431092538.html?spm=a2700.galleryofferlist.normal_offer.d_title.25d842ce3HAKQn |

| 125 | Yiwu Tuoying Technology Co., Ltd. | https://tuoyingkeji.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.30867753wiSBlX&from=detail&productId=1600335236231 | https://www.alibaba.com/product-detail/Factory-Price-Cartoon-Series-Cartoon-Bulldog_1600335236231.html?spm=a2700.galleryofferlist.normal_offer.d_title.25d842ce3HAKQn |
| --- | --- | --- | --- |
| 137 | Yuanhong Garment Accessory Co., Ltd. | https://yuanhong.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.2f2113c3ngSGYG&from=detail&productId=1600204885804 | https://www.alibaba.com/product-detail/Fashion-Punk-French-Bulldog-Keychain-PU_1600204885804.html?spm=a2700.galleryofferlist.normal_offer.d_image.31657ba7NltHu4 |