# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jun Fang, et al.

                                                      Plaintiff,

v.                                                     Case No.: 1:24−cv−04081

                                                          Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 1, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of Plaintiff Jun Fang's First Amended Complaint [17] and Response to Order to Show Cause [18], the Court's June 24, 2024 Show Cause Order [16] is discharged and the case may proceed. Plaintiff's counsel is directed to ensure that all defendants listed on Amended Schedule A [17−3] are added as parties to the court's docket within five business days. The Clerk's Office is directed, forthwith, to update the caption to: Jun Fang v. The Partnerships and Unincorporated Associations Identified on Schedule "A". Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.