THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Jun Fang,<br><br>                          Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule "A",<br><br>                          Defendants. | Case No. 1:24-cv-04081<br><br>Dist. Judge LaShonda A. Hunt<br><br>Mag. Judge Jeffrey T. Gilbert |

## INITIAL STATUS REPORT

Plaintiff Jun Fang ("Fang" or "Plaintiff") submits this Initial Status Report ("Status Report").

**I.** **Nature of the Case**

    A.    Attorney Ilya G. Zlatkin is the sole attorney of record for Plaintiff. Attorney Zlatkin is the lead attorney for Plaintiff. While Attorney Zlatkin is not currently a member of this Court's trial bar as of the date of this Status Report, Attorney Zlatkin anticipates being admitted to the trial bar by the time this case may proceed to trial, or to have a member of this Court's trial bar appear on behalf of Plaintiff in addition to Attorney Zlatkin. No Defendants have yet appeared in this case.

    B.    This action arises under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, for counterfeiting and infringement of a federally registered trademark. Specifically, Plaintiff asserts claims for trademark infringement and counterfeiting under 15 U.S.C. § 1114 and for false designation of origin under 15 U.S.C. § 1125(a). Plaintiff also asserts claims against Defendants for violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*.

C. In many ways, this case is a typical "Schedule A" case. Unlike many Schedule A cases, however, Plaintiff is not seeking any asset freeze or temporary asset restraint during the pendency of this case.

D. Plaintiff anticipates seeking statutory damages under 15 U.S.C. § 1117, as well as injunctive relief pursuant to 15 U.S.C. § 1116.

II. **Jurisdiction**

A. The basis for federal jurisdiction in this case is appropriate under 28 U.S.C. §§ 1331 and 1338.

B. In addition, 15 U.S.C. § 1116 gives the Court jurisdiction to issue injunctive relief in this case for violations of 15 U.S.C. § 1125(a).

III. **Status of Service**

A. Defendants have not yet been formally served in this case.

B. In order for Plaintiff to obtain a summons for purposes of electronic service in this case, Plaintiff needs an order from the Court allowing issuance of a summons in the name of "Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm and all other Defendants identified in the First Amended Complaint." Plaintiff is submitting a proposed order concurrently herewith that would authorize such summons to be issued.

IV. **Consent to Proceed Before a United States Magistrate Judge**

A. Plaintiff's counsel has indeed advised Plaintiff that the parties may proceed before a Magistrate Judge if all parties consent to do so.

B. As of the date of this Status Report, Plaintiff does not consent to proceed before the Magistrate Judge.

V. **Motions**

    A.    Concurrently with this Status Report, Plaintiff is re-filing a motion for expedited discovery and a motion for electronic service.

    B.    While it is possible that one or more Defendants would file an Answer or otherwise respond to the FAC, Plaintiff believes that there is a high likelihood that many or all Defendants will not appear in this case.

VI. **Case Plan**

    A.    As noted above, concurrently with the filing of this Status Report, Plaintiff is moving for expedited discovery and permission to serve Defendants electronically. Upon issuance of an order granting such motions, Plaintiff will seek to obtain email addresses of Defendants that are still named in this case from the third party platform where all accounts at issue in this case are located.

    B.    Plaintiff will request issuance of a summons from the clerk of court, which summons will be formally served upon the Defendants.

    C.    After Defendants have been served, if any Defendants appear, Plaintiff will address such circumstances as they arise, including scheduling of potential discovery proceedings. If Defendants do not timely appear, Plaintiff will promptly move for entry of default and default judgment.

VII. **Status of Settlement Discussions**

    A.    No meaningful settlement discussions have occurred to date, though Plaintiff believes in good faith that Defendants are well aware that they have been named in this suit.

    B.    At this time, no settlement conference is requested.

Dated: August 23, 2024

        Respectfully submitted,

        **ZLATKIN CANN ENTERTAINMENT**

        By:   /s/ Ilya G. Zlatkin
             Ilya G. Zlatkin
             Zlatkin Cann Entertainment
             4245 North Knox Avenue
             Chicago, Illinois 60641
             Tel: (312) 809-8022
             Fax: (312) 809-6918
             ilya@zce.law

        *Attorney for Plaintiff*