**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Trademark Owner Identified in Exhibit 1, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-04081 |
| v. | ) | |
| | ) | Dist. Judge LaShonda A. Hunt |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) | |
| | ) | Mag. Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants | ) | |

**<u>Amended Exhibit to Declaration of Jun Fang</u>**

30      Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm

Case 1:24-cv-04001-Document #: 23-2 Filed: 08/28/24 Page 3 of 305 PageID #:3310

MENU

☰ Categories

Cart

⌄

What are you looking for...

Home > All Industries > Gifts & Crafts > Key Chains > Other Key Chains



View larger image



⬆ Share

Ready to Ship | ✅ In Stock ✅ Fast Dispatch

**2022 Crystal French Bulldog Keychain Lanyard Rhinestone Leather Strap Dog Keychains french bulldog keychain car bag Accessories**

**$0.42 - $0.88** / piece | 20 piece/pieces(Min. Order)

| Color : | | | | |
|---|---|---|---|---|
| | Blue | $0.88 | | 0 | |
| | Black | $0.88 | | 0 | |
| | Pink | $0.88 | | 0 | |

**All 15 Options** ⌄

| Lead Time⑦: | Quantity(pieces) | 1 - 1000 | >1000 |
|---|---|---|---|
| | Est. Time(days) | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 5000 pieces)
Customized packaging(Min. Order: 5000 pieces)
More ⌄

Protection: Trade Assurance  Protects your Alibaba.com orders
Refund Policy

The minimum order quantity is 20 pieces
0/20 pieces   from **$8.40**
Processing Time **15 days** ⓘ

Shipping   from **$26.08**
Ocean Freight (<20kg) Change
Alibaba.com Logistics

Estimated delivery **8/19-9/12** ⓘ

Start Order

⬜ Contact Supplier

🛒 Add to cart



**Guangzhou Baiyun District Helong Chic…**
CN   **1 YR**

Response Time    On-time delivery rate
**≤1h**          **100.0%**

132 Transactions
**20,000+**



Case 1:24-cv-04001-Document #: 23-2 Filed: 08/28/24 Page 4 of 305 PageID #:3311

## You may also like







| macrame plush keychain… Weaving Handmade | 2022 Amazon Hot Sale… Leather Tassel Bangle | 2022 Design Custom… Cactus Bag Charms Cotton | 60ml Empty Portable Han… sanitizer holder sprayer | kawaii resin Dessert… keychains Afternoon Tea |
|---|---|---|---|---|
| Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship |
| $0.89 - $1.31 | $3.30 - $3.68 | $1.08 - $1.35 | $0.99 - $1.49 | $0.56 - $0.78 |
| 10 pieces (MOQ) | 12 pieces (MOQ) | 10 pieces (MOQ) | 10 pieces (MOQ) | 10 pieces (MOQ) |

### Alibaba.com Guarantee Delivery Survey
**Please tell us your procurement experience.**

Take the survey

---

**Product Details**    Company Profile                                          Report Suspicious Activity

## Overview

### Quick Details

| | | | |
|---|---|---|---|
| Place of Origin: | China | Brand Name: | KM |
| Model Number: | A44-001 | Plastic Type: | PVC |
| Type: | Light Keychain | Material: | Crystal |
| Metal Type: | Stainless Steel | Printing: | Embossing printing |
| Print Method: | 6 color | Size: | 5*5cm, Customer Size |
| Product name: | Keychain | Logo: | Customized Logo Print |
| MOQ: | 10 Pcs | | |

### Packaging & Delivery



| Selling Units: | Single item |
| --- | --- |
| Single package size: | 8X8X9 cm |
| Single gross weight: | 0.050 kg |

| Lead Time ⑦: | Quantity(pieces) | 1 - 1000 | >1000 |
| --- | --- | --- | --- |
| | Est. Time(days) | 15 | To be negotiated |

**Video Description**



**2022 Crystal French Bulldog Keychain Lanyard Rhinestone Leather Strap Dog Keychains french bulldog keychain car bag Accessories**







Case 1:24-cv-04661-Document #: 23-2 Filed: 08/29/24 Page 8 of 305 PageID #:3315









Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 10 of 305 PageID #:3317













Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 13 of 305 PageID #:3320







2022/6/24 21:22

2022 Crystal French Bulldog Keychain Lanyard Rhinestone Leather Strap Dog Keychains French Bulldog Keychain Bag Accessories Buy Crystal French Bulldog Keychain Lanyard Rhinesto…

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 15 of 305 PageID #:3222









Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 17 of 305 PageID #:3224







Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 19 of 305 PageID #:3326





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 20 of 305 PageID #:3327



Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 21 of 305 PageID #:3328





2022/6/24 21:22

2022 Crystal French Bulldog Keychain Lanyard Rhinestone Leather Strap Dog Keychains French Bulldog Keychain Car Bag Accessories Buy Crystal French Bulldog Keychain Lanyard Rhinesto…

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/33/24 Page 22 of 305 PageID #:3329









| Product Name | Dog Keychain |
| --- | --- |
| Material | PVC+Metal |

| Keychain type | PVC Keychain |
|---|---|
| Size | 5*5cm |
| Weight | 44g |
| Packing | Poly Bag / Bubble Bag / OPP Bag / Plastic Box / Gift Box |
| Shippment | Seafreight,Airfreight,DHL,UPS.FEDEX |
| OEM/ODM | Yes, Please contact to discuss further |

## Send your message to this supplier

To:   Jason Yip

*Message:

> Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity:   20    Piece/Pieces

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.    **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

[ Send ]

## Frequently bought together



Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 26 of 305 PageID #:3333







Cute Simulated Fruit...
Avocado Keychain 3D Soft

Ready to Ship

**$0.29 - $0.48**

20 pieces (MOQ)

2022 New Fashion Lovely...
Cow Keychain Charm

Ready to Ship

**$0.63 - $0.93**

10 pieces (MOQ)

NEW Dental Simulation...
Pendant Tooth Resin

Ready to Ship

**$0.14 - $0.18**

50 pieces (MOQ)

3D Cartoon Mini Smiley...
Couple Teeth Metal couple

Ready to Ship

**$0.48 - $0.63**

50 pieces (MOQ)

Mickey Minnie Mouse...
Keychains Cute Cartoon

Ready to Ship

**$0.40 - $0.59**

20 pieces (MOQ)

## Supplier's popular products







Full Grain Cowhide Crazy...
Horse Leather Custom

Ready to Ship

**$0.99 - $1.20**

10 pieces (MOQ)

Creative Simulation Fruit...
Floating Keychain Cute

Ready to Ship

**$0.70 - $0.89**

10 pieces (MOQ)

Round Wooden Circles...
with Holes Round Wood

Ready to Ship

**$0.17 - $0.27**

100 pieces (MOQ)

14 In 1 Multitool Card...
KeyChain Hexagonal Kit

Ready to Ship

**$1.73 - $1.99**

10 pieces (MOQ)

NEW Colorful Rhinestone...
silicone Bracelet KeyRing

Ready to Ship

**$0.62 - $1.08**

10 pieces (MOQ)

Not exactly what you want? 1 request, multiple quotations  Get Quotations Now >>

## Related Searches :

| | | |
|---|---|---|
| trolley bag accessories | bag making accessories | flight case accessories |
| China metal label bag | China bag rope handle | China roll bag handle |
| travel accessories | luggage accessories | purse making accessories |
| China bag handle wrap | China bag hanger with | China bag strap clasp |
| backpack accessories | metal accessories | shopping trolley accessories |
| China bag buckle size | China bag strap price | China bulk bag hanger |



2022/6/24 21:22 2022 Crystal French Bulldog Keychain Lanyard Rhinestone Lanyard Strap Dog Keychains French Bulldog Keychain Can Bag Decoration Bag Buy Crystal French Bulldog Keychain Lanyard Rhinesto…

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 27 of 305 PageID #:3334

Download :

Alibaba Supplier App :

Follow Us :

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية اللغة - עברית - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4





# Buy Now

**Trade Assurance** protects your Alibaba.com orders

Shipping address

John Kim, (+1), 3124225122
1542 n bosworth ave, Chicago, Illinois, 60642, United States of America

| | |
|---|---|
| Subtotal | USD 17.60 |
| Shipping fee | USD 26.08 |
| Payment Amount: | USD 43.68 |

Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm     Chat with the supplier

2022 Crystal French Bulldog Keychain Lanyard Rhinestone Leather Strap Dog Keychains french bulldog keychain car bag Accessories

Color : Blue          USD 0.88 / Piece    — 20 +     USD 17.60

Customization Service

The minimum quantity required for customization options is **5000** Pieces.
You currently have **20** Pieces in your cart.

Subtotal: **USD 17.60**

Trade Assurance

⊘ **On-time Dispatch Guarantee**
Pay now and guaranteed dispatch within 15 days.

⊘ **Easy Return**
Returnable within 30 days

Proceed to pay

Payment Security:

Service provider      Ocean Freight (<20kg) ⌄

Alibaba.com | Logistics

Shipping methods     EXPRESS

Incoterms            DAP (Delivered at Place) ?

Delivery timeline    Guaranteed dispatch within 15 days

2022/6/24 21:22

| Payment | Dispatch | Received |
|---|---|---|
| | CN | US |
| | Lead time 15 days | Shipping time 30-45 working days |

Alibaba.com Logistics cost-effective, efficient, and trackable.

Shipping fee: USD 26.08

Sales Tax ?

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.80**

Additional notes (optional)

Please fill in

0/2000

✓ I agree to share my business card with supplier.

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

39      Hunan Double Bulls Gifts Co., Ltd.

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 32 of 305 PageID #:3330

MENU

English - USD ⌄

☰ Categories

What are you looking for...

Home > All Industries > Gifts & Crafts > Key Chains > Metal Key Chains



View larger image



⬆ Share

Ready to Ship   🔶 In Stock 🔶 Fast Dispatch

### Cartoon Bulldog PVC Keychain Creative Cute Dog Pendant Key Holder Backpack Decoration Keyring

| 50 - 199 pieces | 200 - 499 pieces | >=500 pieces |
|---|---|---|
| **$2.15** | **$1.85** | **$1.55** |

Color :

| | | | |
|---|---|---|---|
| 1 | $2.15 | 0 | |
| 2 | $2.15 | 0 | |
| 3 | $2.15 | 0 | |

**All 12 Options** ⌄

Lead Time⑦ :

| Quantity(pieces) | 1 - 200 | >200 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

Protection:   Trade Assurance   Protects your Alibaba.com orders

Refund Policy

The minimum order quantity is 50 pieces

0/50 pieces                     from **$107.50**

Processing Time 15 days ⓘ

Shipping                        from **$45.60**

Seller's Shipping Method 1 **Change**

Estimated delivery **7/20-7/27** ⓘ

Start Order

📧 Contact Supplier

📞 Call us

🛒 Add to cart



**Hunan Double Bulls Gifts Co., Ltd.**

Trading Company

CN   **9** YRS

| Response Time | On-time delivery rate |
|---|---|
| ≤6h | 96.9% |

70 Transactions

**40,000+**



💬 Messenger   27   ⌃

## You may also like







| Fabric Flower Pendant Cute Pink Flower Delicate… | Wholesale Handmade Epoxy Gold Foil Keychain… | Custom Plush Cartoon Bag Pendant Cat's Claw Car… | Retro Tassel Sachet Empty Bag Wholesale Gift… | Custom Logo Japanese Style Folding Round Fan… |
|---|---|---|---|---|
| **$2.30 - $3.20** | **$1.20 - $1.90** | **$0.90 - $1.50** | **$0.45 - $1.35** | **$2.20 - $3.00** |
| 20 pieces (MOQ) | 200 pieces (MOQ) | 1000.0 pieces (MOQ) | 20 pieces (MOQ) | 5000.0 pieces (MOQ) |

## Alibaba.com Guarantee Delivery Survey
**Please tell us your procurement experience.**

Take the survey

---

**Product Details**  |  Company Profile

Report Suspicious Activity

Product Description    Packaging & Shipping    Our Services    Company Information    FAQ

## Overview

### Quick Details

| | | | |
|---|---|---|---|
| Place of Origin: | China | Brand Name: | Doubleyi |
| Model Number: | KR-00012 | Type: | Keychain |
| Material: | Metal | Metal Type: | Stainless Steel |
| Print Method: | As shown | Size: | Picture Remark, Picture remark |
| Product name: | Cartoon Pendant Keychain | Color: | Colorful |
| Weight: | 50g | Usage: | Promotion Gift Keychain |
| Shape: | Bulldog | Application: | Bag Car Pendant Accessories Promotion gift |
| Packing: | Opp Bag | MOQ: | 500pcs |
| Logo: | Accept Customized Logo | Plastic Type: | PVC |



Messenger   27

## Packaging & Delivery

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 15X5.5X2 cm |
| Single gross weight: | 0.040 kg |
| Package Type: | OPP Bag |

Lead Time⑦:

| Quantity(pieces) | 1 - 200 | >200 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

---

## Product Description

| Item Name | Custom Cartoon Bulldog PVC Keychain Wholesale Creative Cute Dog Pendant Key Holder Backpack Decoration Keyring |
|---|---|
| Item No. | KR-00012 |
| Material | Metal + Resin + PVC |
| Size | As picture |
| Weight | 50g |
| Custom | Yes |
| Usage | small gifts, schoolbag pendants, key storage, promotional gifts, etc. |
| Application | accessories, keychains, commercial promotions, etc. |



Messenger 27

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 36 of 305 PageID #:3343





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 37 of 305 PageID #:3344





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 38 of 305 PageID #:3345



Messenger   27

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 39 of 305 PageID #:3346





Case 1:24-cv-04081 Document #: 82-2 Filed: 08/23/24 Page 40 of 305 PageID #:3347





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 41 of 305 PageID #:3348





Case 1:24-cv-04021 Document #: 23-2 Filed: 08/23/24 Page 42 of 305 PageID #:3340





Messenger 27





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 44 of 305 PageID #:3351





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 45 of 305 PageID #:3352





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 46 of 305 PageID #:3353





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 47 of 305 PageID #:3354





Messenger    27

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 48 of 305 PageID #:3355





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 49 of 305 PageID #:3356





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 50 of 305 PageID #:3357





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 51 of 305 PageID #:3358





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 52 of 305 PageID #:3350



**Packaging & Shipping**

Messenger 27



**Our Services**



Messenger　27

## Our services

Doublebulls is a trustworthy,well established trading and manufacturing company, primarily to consolidate small volume orders from various and widespread manufacturers in China, to enable more cost-effective shipping to foreign customers; DOUBLEBULLS has quickly developed into an experienced and able destination for all your Chinese sourcing needs.

We support our customer needs at every stage through: Sourcing, Samples, Quality Control, Certification, Packaging, Warehousing, Consolidation, Delivery and After-sales. welcome you make order with us and we also welcome OEM and ODM orders.

**Service during the order:**

**1.** Ship transport we can help customer to order the ship according to customer's requesting time and detail,

**2.** If delivery time is very important and urgent for our clients, we will choose the best fastest way with cheap price for our clients, because we have ability to get the lowest price, we also signed long-term contract with TNT/ USP /SF Express and special railway line to help make your shipment process easier and cheaper. We keep updating tracking info for you for knowing the location of time sensitive deliveries.

**3.** For every order, from getting orders to manufacturing to loading to delivering, we will control the production and quality strictly, and we also have relevant sales and quality controlling workers are tracking during the manufacturing. Good quality is our company's soul and service our customers well is our target.



Case 1:24-cv-04031 Document #: 23-2 Filed: 08/23/24 Page 56 of 305 PageID #:3363



When the buyer received the mass goods,if there is any quality problem, pls take picture and send it to us,and we will solve the problem together, After the problems are solved,and the orders is finished completely.

**Company Information**





**Company information**

1. Pursuit of Excellence
2. Always Ahead of the curve
3. Alibaba Assessed Gold Supplier
4. Trading and manufacturing company
5. Passed CE certification and Patent
6. Pursuit of superiority in Manufacture
7. 100% QC inspection before shipment
8. Best quality & Best service with competitive price.
9. Many years experience to export to European countries and Asia, Africa, North America, South America

**FAQ**

Messenger 27

## FAQ

**1) What is your Payment term?**

---TT, LC, Western Union, Paypal, Escrow is could be accept.

**2) What is your Trade term?**

---EXW, FOB, CNF, CIF is also ok.

**3) What is the Loading Port?**

--- Shantou, Shenzhen,guangzhou,ningbo,shanghai is also ok

**4) What is your MOQ?**

---MOQ of most our products is 1 carton, different items will be different. We have indicated the MOQ for each item in the price list.

**5) What is your Product Warranty?**

---We guarantee the products customers receive are qualified. If there are any broken parts, please send us some detailed photos by email, and then we will send you the replacement parts according to actual conditions.

**Sourcing Solutions**

an't find what you need? At DOUBLEBULLS we can help you get what you are looking for!

**Service Solutions**

We are known to our customers for our unsurpassed service, contact us anytime!

**Sales Solutions**

With our close factory relationships, we can guarantee the best price on the market!

---

**Send your message to this supplier**

To:    Chancy Tang



Messenger   27

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 59 of 305 PageID #:3366

**Message:** Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity: 50    Piece/Pieces

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.   **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

[Send]

## Frequently bought together



custom 16 ribs plain advertising wood fabric...

**$0.90 - $2.40**

10 pieces (MOQ)



Manufacturers Custom... Advertising Wooden

Ready to Ship

**$0.90 - $2.40**

10 pieces (MOQ)



Hot Sell Tik Tok Pendant Keychain Kids Cartoon...

**$1.60 - $3.00**

10 pieces (MOQ)



Chinese 1.8 meters silk fa... long double-sided gradient

Ready to Ship

**$1.50 - $4.20**

5 pieces (MOQ)



Custom Squid Game Doll Keychain Pendant Squid...

**$1.68 - $2.60**

20 pieces (MOQ)

## Supplier's popular products


Messenger   27







| 6 PCS Curling Comb Set With Changeable… | Orange Lemon Corn Shape Candle Soy Wax Scent… | Custom Lady Silk Hand Fans Chinese Handmade… | New PP Hollow Drawing Board Christmas Templat… | Hot Sale Pocket 3 Grids One Day Travel Pill Case |
|---|---|---|---|---|
| **$12.80 - $16.60** | **$1.40 - $2.20** | **$13.80 - $14.80** | **$0.68 - $1.20** | **$1.00 - $2.00** |
| 100 sets (MOQ) | 20.0 pieces (MOQ) | 5 pieces (MOQ) | 100.0 sets (MOQ) | 100.0 pieces (MOQ) |

Not exactly what you want? 1 request, multiple quotations   **Get Quotations Now >>**

### Related Searches :

| keychain | wood keychain | pig keychain |
|---|---|---|
| China keychain eva | China keychain old | China pet keychain |
| soft pvc keychain | bear keychain | nike keychain |
| China keychain nos | China red keychain | China art keychain |
| lego keychain | owl keychain | shoe keychain |
| China keychain 500 | China usa keychain | China jar keychain |

Download :                     Alibaba Supplier App :                     Follow Us :

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ﬠברית - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4



Messenger   27

# Buy Now

**Trade Assurance**  protects your Alibaba.com orders

| Shipping address | John Kim, (+1), 3124225122 |
| --- | --- |
| | 1542 n bosworth ave, Chicago, Illinois, 60642, United States of America |

| Subtotal | USD 107.50 |
| --- | --- |
| Shipping fee | USD 45.60 |
| Payment Amount: | USD 153.10 |

Hunan Double Bulls Gifts Co., Ltd.

 Cartoon Bulldog PVC Keychain Creative Cute Dog Pendant Key Holder Backpack Decoration Keyring

Color :  1          USD 2.15 / Piece ⓘ          —  50  +          USD 107.50

Subtotal: **USD 107.50**

**Trade Assurance**

⊘ **On-time Dispatch Guarantee**
Pay now and guaranteed dispatch within 15 days.

Proceed to pay

Payment Security:

| Service provider | Seller's Shipping Method 1 ⌄ |
| --- | --- |
| Shipping methods | Express |
| Incoterms | DAP (Delivered at Place) ⓧ |
| Delivery timeline | Guaranteed dispatch within 15 days |

| Payment | Dispatch | Received |
| --- | --- | --- |
| Lead time 15 days | CN   Shipping time 8-13 working days | US |

Shipping fee: USD 45.60

Sales Tax ⊘

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 11.02**

Additional notes (optional)

Please fill in

0/2000

✓ I agree to share my business card with supplier.

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

41      Hunan Winners Commerce Co., Ltd.

2022/6/23 20:57
Case: 1:24-cv-04081 Document #: 23-2 Filed: 06/33/24 Page 64 of 305 PageID #:3371
Fashion Punk French Bulldog Keychain PU Leather Dog Keychains for Women Bag Pendant Jewelry Trinket Men's Car Key Ring Key Chain,Pu Leath…

What are you looking for...

My Alibaba   Messages    27   Orders   Search   Cart

Home > All Industries > Gifts & Crafts > Key Chains > Leather Key Chains    Subscribe to Trade Alert

Ready to Ship    ✓ In Stock ✓ Fast Dispatch

**Fashion Punk French Bulldog Keychain PU Leather Dog Keychains for Women Bag Pendant Jewelry Trinket Men's Car Key Ring Key Chain**

| 2 - 199 pieces | 200 - 999 pieces | >=1000 pieces |
|---|---|---|
| $0.99 | $0.95 | $0.66 |

Color :

| | | | |
|---|---|---|---|
| | Blue | $0.99 | 0 |
| | Black | $0.99 | 0 |
| | Pink | $0.99 | 0 |

All 10 Options ▾

Lead Time ⓘ

| Quantity(pieces) | 1 - 999999999 | >999999999 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

Customization:   Customized logo(Min. Order: 1000 pieces)
Customized packaging(Min. Order: 1000 pieces)
More ▾

Protection:   Trade Assurance   Protects your Alibaba.com orders
Refund Policy

View larger image

⬆ Share

The minimum order quantity is 2 pieces
0/2 pieces   from **$1.98**
Processing Time **15 days** ⓘ

Shipping   from **$15.46**
Air Charter Express (US) Change
Alibaba.com Logistics

**Guaranteed delivery By 7/25**
(Compensation for delayed delivery)

Start Order

🗨 Contact Supplier

🛒 Add to cart

**Hunan Winners Commerce Co., Ltd.**
Trading Company
CN   2 YRS

Response Time    On-time delivery rate
≤8h    85.6%

Chat Now

Browsing History

**You may also like**

Fashion Punk French... Bulldog Keychain PU Leather... Dog Keychains For Wallet Bag Red and Silvery... Trinkets Store Keyring Keychain #80... Trinket Men's Car Key Ring Key Chain,Pu Leath...







| | | | | |
|---|---|---|---|---|
| Fashion Punk French... Bulldog Keychain PU | Fashion 3d Pvc Rubber Aj... Shoe Basketball Sneakers | Wholesale Cheap Cartoon... Silicone Rubber Keychains | Pompom Letter Pendant... Keychains Key Chains | Cartoon Little Yellow Duc... Keychain Animal Helmet |
| **Ready to Ship** | **Ready to Ship** | **Ready to Ship** | **Ready to Ship** | **Ready to Ship** |
| $0.66 - $0.99 | $0.72 - $0.89 | $0.78 - $0.93 | $0.85 - $0.93 | $0.66 - $0.87 |
| 2 Pieces (MOQ) | 2 Pieces (MOQ) | 2 Pieces (MOQ) | 10 Pieces (MOQ) | 2 Pieces (MOQ) |


Chat Now

Browsing History

### Alibaba.com Guarantee Delivery Survey
**Please tell us your procurement experience.**

Take the survey

| **Product Details** | **Company Profile** | | Report Suspicious Activity |
|---|---|---|---|

Product Description    Related Products    Company Introduction    FAQ

## Overview

### Quick Details

| | | | |
|---|---|---|---|
| Place of Origin: | Hunan, China | Brand Name: | Winners |
| Model Number: | BM- D | Plastic Type: | PVC |
| Type: | Carabiner Keychain | Material: | Leather, Leather |
| Metal Type: | ALLOY | Printing: | Letterpress printing, UV printing |
| Size: | 4.6*4.9cm | Product Name: | Fashion Punk French Bulldog Keychain |
| Size:: | 4.6*4.9cm | Color: | As picture shows |
| Weight: | 40.3g | MOQ: | 2pcs |
| style: | cute, lovely | Jewelry Type: | Keychain |
| Usage: | Wallet key rings | Shape: | France Dog |

### Packaging & Delivery

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 5X5X5 cm |
| Single gross weight: | 0.050 kg |

2022/6/23 20:57　　　Fashion Punk French Bulldog Keychain PU Leather Dog Keychains for Women Bag Pendant Jewelry Trinket Men's Car Key Ring Key Chain,Pu Leath…

Case 1:24-cv-04081 Document #: 23-2 Filed: 06/23/24 Page 66 of 305 PageID #:3273

| Package Type: | Normal packaging or as customer's request | | |
| --- | --- | --- | --- |
| Lead Time: | Quantity(pieces) | 1 - 999999999 | >999999999 |
| | Est. Time(days) | 15 | To be negotiated |

**Video Description**

## Product Description

| Product Features | |
| --- | --- |
| *Description | Fashion Punk French Bulldog Keychain PU Leather Dog Keychains for Women Bag Pendant Jewelry Trinket Men's Car Key Ring Key Chain |
| *Material | Leather+Alloy |
| *Metal Color | As picture shows |
| *Size | 4.7*4.9cm |
| *Weight | 40.3g |
| *Logo | Can laser or engrave custom's logo on the product |
| *OEM/ODM | Yes |

Chat Now

Browsing History

Case 1:24-cv-04081 Document #: 23-2 Filed: 06/23/24 Page 67 of 305 PageID #:3374

| *Delivery time | 5~20 days, depends on order quantity |
|---|---|
| *Payment term | 30% deposit and 70% balance before shipping, L/C, T/T, Western Union, Paypal |
| *Packaging | Normal packaging or as customer's request |




Chat Now

Browsing History

Case 1:24-cv-04081 Document #: 23-2 Filed: 06/23/24 Page 68 of 305 PageID #:3375




Chat Now

Browsing
History

2022/6/23 20:57     Fashion Punk French Bulldog Keychain Pu Leather Dog Keychains for Women Bag Pendant Jewelry Trinkets Girl Key Ring Key Chain Boys Trinket Men's Car Key Ring Key Chain,Pu Leath…

Case 1:24-cv-04081-Document #: 23-2 Filed: 06/33/24 Page 69 of 305 PageID #:3376





Chat Now

Browsing
History





Chat Now

Browsing
History





Chat Now

Browsing
History

Case 1:24-cv-04081 Document #: 23-2 Filed: 06/23/24 Page 72 of 305 PageID #:3370





Chat Now

Browsing History



Chat Now

Browsing History



2022/6/23 20:57    Fashion Punk French Bulldog Keychain PU Leather Dog Keychains for Women Bag Pendant Jewelry Trinkets Car Key Ring Keychain Boys Men's Car Key Ring Key Chain,Pu Leath...

Case 1:24-cv-04081-Document #: 23-2 Filed: 06/23/24 Page 74 of 305 PageID #:3381




Chat Now

Browsing
History

Case: 1:24-cv-04081 Document #: 23-2 Filed: 06/23/24 Page 75 of 305 PageID #:3382





Chat Now

Browsing History

Fashion Punk French Bulldog Keychain PU Leather Dog Keychains for Wallet Bag Pendant Jewelry Trinkstgen Car Key Ring Keychain #Bag Bucket Men's Car Key Ring Key Chain,Pu Leath…



## Related Products

**Recommended by seller**



Chat Now

Browsing History

Cartoon Cute Sleeping D...
**$2.48 - $3.71** / Piece
2 Pieces

Cute Plush Keychain Sle...
**$2.48 - $4.75** / Piece
2 Pieces

Pompom Sleeping Baby ...
**$2.17 - $3.92** / Piece
2 Pieces

Cute Crystal Tassel Wall...
**$7.22 - $8.05** / Piece
2 Pieces

10PCS Black Pompom L...
**$1.13 - $1.44** / Piece
10 Pieces

10pcs Fashion 26 Letter...
**$0.72 - $0.83** / Piece
10 Pieces

Pompom Letter Pendant...
**$0.85 - $0.93** / Piece
10 Pieces

Luxury Design Handmad...
**$1.24 - $1.42** / Piece
10 Pieces

Handmade Gold Silver C...
**$0.62 - $0.72** / Piece
10 Pieces

Letter Pendant Keychain...
**$0.72 - $0.93** / Piece
10 Pieces

10PCS Fashion Tassel K...
**$0.66 - $0.82** / Piece
10 Pieces

Chat Now

Browsing History

## Company Introduction

Hunan Winners Commerce Co.,Ltd. is a comprehensive enterprice in designing,manufacturing and processing, accepting customization for OEM and ODM. We have over 10 years manufacturing experience, covering the customers over 20 countries, coperated with some famous brand, like stella &Dot, Lily Anne Design, Yes, Endless,Qudo,etc.

2022/6/23 20:57 Fashion Punk French Bulldog Keychain Pu Leather Dog Keychains For Women Bag Pendant Jewelry Trinkets Car Key Ring Keychain Bag Bucket Men's Car Key Ring Key Chain,Pu Leath…

Case 1:24-cv-04081 Document #: 23-2 Filed: 06/23/24 Page 78 of 305 PageID #:3285





Chat Now

Browsing History

**Our Services & Strength**

We is a comprehensive enterprice in designing,manufacturing and processing, accepting customization for OEM and ODM. We have over 10 years manufacturing experience, covering the customers over 20 countries, coperated with some famous brand, like stella &Dot, Lily Anne Design, Yes, Endless,Qudo,etc.

# FAQ

**Q: Does samples available before order?**
A: Yes, if it is the stock product, the sample can be sent for free in 3 days, if customized, will be sent within 7 days.

**Q: How about the sample policy?**
We can provide free sample. However, you have to pay the cost of courier by express like: DHL, TNT, UPS and FEDEX.

**Q: Can I add my logo on the product?**
A: Yes, we can add your logo on the product.

**Q: Can you make my designs?**
A: Yes, OEM/ODM is welcome, pls feel free to send us pictures. If necessary, we can keep your design be protected under law.



Q: **Can I place mix order?**
A: Yes, you can mix colour and style in our stock items.

Q: **How could I pay them?**
A: Paypal, Western Union, T/T, L/C are acceptable, so just let us know which is convenient for you.

Q: **Can I get discounts?**
A: Yes, for big order, old customer and frequent customers, we give reasonable discounts.

Q: **Which Shipment way is available?**
A:By sea to your nearest port.
A:By air to your nearest airport.
A:By express (DHL, UPS, FEDEX, TNT, EMS) to your door.

Q: **What is the payment method?**
A: We accept TT (Bank Transfer), Western Union, L/C, Paypal.
A: For total amount under US$500, 100% in advance.
A: For total amount above US$500, 30% in advance, the rest before shipment.

Q: **What is the quality of your product?**
A: We specialized in high quality products.



**Send your message to this supplier**

To:  Sunny Wang

*Message:    Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity:  2     Piece/Pieces

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.   **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

Send

**Supplier's popular products**

Fashion Punk French Bulldog Keychain PU Leather Dog Keychain For Women Bag Pendant Jewelry Trinkets Car Key Ring Keychain Boy Trinket Men's Car Key Ring Key Chain,Pu Leath...











| 10 strands 2-16mm... Natural White Shell Pearl | 20pcs 0.8/1.0/1.5/2mm... Nylon Cord Thread Chinese | Fashion Custom... Rhinestone Cc Gg Women | 10PCS Stainless Steel... 3mm-8mm Magnetic | 40-80cm 1-3mm Black... Leather Cord Necklace |
|---|---|---|---|---|
| Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship |
| $1.44 - $6.60 | $0.78 - $0.89 | $1.00 - $1.50 | $0.45 - $0.80 | $0.62 - $0.95 |
| 10 Strands (MOQ) | 20 Pieces (MOQ) | 2 Pieces (MOQ) | 10 Pieces (MOQ) | 10 Pieces (MOQ) |

Not exactly what you want? 1 request, multiple quotations  **Get Quotations Now >>**

### Related Searches :

| retractable key chain | bmw key chain | horse key chain |
|---|---|---|
| China key chain parts | China floating key chain | China key chain free samples |
| leather key chain | metal key chain | nissan key chain |
| China metal key chain | China alphabet key chain | China mobile phone key chain |
| floating key chain | car key chain | custom key chain |
| China smart key chain | China silicone key chain | China key chain perfume bottle |

Chat Now

Browsing History

Download :

Alibaba Supplier App :

Follow Us :

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091-4



https://biz.alibaba.com/contract/nowBuy.htm?pageId=4020173e2101eb4b62b4630118190a291acc7fdc89

# Buy Now

**Trade Assurance** protects your Alibaba.com orders

Shipping address

John Kim, (+1), 3124225122
1542 n bosworth ave, Chicago, Illinois, 60642, United States of America

Change Add an address

Hunan Winners Commerce Co., Ltd. Chat with the supplier

Fashion Punk French Bulldog Keychain PU Leather Dog Keychains for Women Bag Pendant Jewelry Trinket Men's Car Key Ring Key Chain

Color : Blue USD 0.99 / Piece − 2 + USD 1.98

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Subtotal: **USD 1.98**

| | |
|---|---|
| Subtotal | USD 1.98 |
| Shipping fee | USD 15.46 |
| Payment Amount: | USD 17.44 |
| Tax: | USD 0.20 |
| Transaction Fee: | USD 0.53 |
| Exchange Rate: | -- |

Payment in USD **USD 18.17**

Trade Assurance

On-time Delivery Guarantee
Pay now and get them before 7/25.

Proceed to pay

Payment Security:

Service provider Air Charter Express (US)
Alibaba.com | Logistics

Shipping methods EXPRESS

Incoterms DAP (Delivered at Place)

Messenger

| Delivery timeline | |
|---|---|
| **Guaranteed delivery by 7/25** | |
| Compensation for delayed delivery | |

| Payment | Dispatch | Received |
|---|---|---|
| | Lead time 15 days    CN | Shipping time 5-9 working days    US |

**Alibaba.com** | Logistics  cost-effective, efficient, and trackable.     Shipping fee: USD 15.46

---

**Sales Tax** ?

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

> ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 0.20**

---

**Payment Method**

◯ Credit/Debit Card **VISA** ⬤⬤

Card Number

[                                                    ]

Name

[ Given names                    ] [ Surname                    ]

Expiration Date                     CVV / CSC

[ MM          ▾ ] / [ YY          ▾ ]     [                        👁 ] [____]

Messenger ⌃

Billing Address

1542 n bosworth ave

Country / Region

Please select

ZIP Code

City / Town

Input City/Town

☐ Save this card for next payment and accept the Alibaba.com Privacy Policy.

○ Other Payment Methods

Transaction Fee: ⊙ USD 0.53

Additional notes (optional)

Please fill in

0/2000

✓ I agree to share my business card with supplier.

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

☐ Messenger ⌃

© 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Messenger

46    Kunshan Pinstar Gifts Co., Ltd.

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 86 of 305 PageID #:3893

MENU

English - USD ⌄

☰ Categories

What are you looking for...

Home > All Industries > Gifts & Crafts > Key Chains > Rubber Key Chains

Cart



View larger image



⤴ Share

Ready to Ship    ⚡ In Stock ⚡ Fast Dispatch

### Cartoon bulldog keychain car keychain keyring cute dog keychains pet key chain for gift

| 50 - 99 pieces | 100 - 199 pieces | >=200 pieces |
|---|---|---|
| **$1.25** | **$1.20** | **$1.10** |

Color :

| | 01 | | $1.25 | 0 |
| | 02 | | $1.25 | 0 |
| | 03 | | $1.25 | 0 |

All 5 Options 🔲

Samples:    $2.00    (Min. Order) 1 piece    Buy Samples

Lead Time⑦ :

| Quantity(pieces) | 1 - 100 | 101 - 500 | >500 |
|---|---|---|---|
| Est. Time(days) | 10 | 20 | To be negotiated |

Customization:    Customized logo(Min. Order: 100 pieces)
Customized packaging(Min. Order: 100 pieces)
More 🔲

Protection:    Trade Assurance    Protects your Alibaba.com orders

The minimum order quantity is 50 pieces
0/50 pieces    from **$62.50**
Processing Time **10 days** ⓘ

Shipping    from **$55.00**
Seller's Shipping Method 1
(DHL) Change

Guaranteed delivery **By 7/22**
(Compensation for delayed delivery)

Start Order

📱 Contact Supplier

📞 Call us

🛒 Add to cart

**Verified supplier**

**Kunshan Pinstar Gifts Co., Ltd.**
Manufacturer,Trading Company
CN    **9 YRS**

| Response Time | On-time delivery rate |
|---|---|
| **≤4h** | **86.4%** |
| 370 Transactions | FloorSpace(m²) |
| **180,000+** | **1522** |

Refund Policy

| QA/QC inspectors | R&D employees |
| --- | --- |
| 5-10 | 0-4 |

✔ Total Staff (52)
✔ Supplier Assessment Procedures

## You may also like







| | | | | |
| --- | --- | --- | --- | --- |
| Cute Cartoon 3D PVC... Unicorn Car Keychain | Custom Simulation Mini... Cactus 3D PVC Keychain | Basketball shoes PVC soft rubber keychains | Cute Dog PU Leather... Keychain with Tassel | Cartoon bulldog keychai... car keychain keyring cute |
| Ready to Ship | Ready to Ship | | Ready to Ship | Ready to Ship |
| $1.14 - $1.29 | $0.95 - $1.10 | $0.65 - $0.95 | $0.80 - $0.90 | $1.10 - $1.25 |
| 10 pieces (MOQ) | 10 pieces (MOQ) | 50 pieces (MOQ) | 10 pieces (MOQ) | 50 pieces (MOQ) |

### Alibaba.com Guarantee Delivery Survey
**Please tell us your procurement experience.**

Take the survey

| **Product Details** | Company Profile | | | | Report Suspicious Activity |
| --- | --- | --- | --- | --- | --- |

Welcome to Pinstar　　Product Description　　Detailed Images　　FAQ　　Our Company

## Overview

**Quick Details**

| Place of Origin: | Guangdong, China | Brand Name: | amine keychain |
| --- | --- | --- | --- |
| Model Number: | HXY1025009 | Plastic Type: | PVC |
| Type: | pvc keychain | Material: | PVC |
| Metal Type: | ALLOY | Printing: | Die cutting printing |



Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 88 of 305 PageID #:3395

| Print Method: | none | | Size: | see size in pictures |
| Item: | bear keychain | | Thickness: | 3D |
| Attachment: | Keychain and keyring | | Free sample: | Yes |
| Usage: | Garment, Bags, Shoes, etc. | | | |

**Packaging & Delivery**

| | |
| --- | --- |
| Selling Units: | Single item |
| Single package size: | 10X5X3 cm |
| Single gross weight: | 0.040 kg |
| Package Type: | 1pc / pp bag, 50-100pcs / bigger pp bag, then into standard export carton. Or as customers' requirement, such as: head card, plastic gift box, velet gift box, etc |

Lead Time ⑦ :

| Quantity(pieces) | 1 - 100 | 101 - 500 | >500 |
| --- | --- | --- | --- |
| Est. Time(days) | 10 | 20 | To be negotiated |

## Welcome to Pinstar

**KUNSHAN PINSTAR TECHNOLOGY CO., LTD**

**Custom rubber keychain with 3D aspect, made in injected PVC, shape and size are custom-made.**

**Promotional Custom No Minimum Cheap Rubber Soft PVC Logo Keychain**

We can help with designs, logo, colors, sizes, and everything else!
1.We have lots of ready-made molds enamel pins in stock, and support custom images.
2.We can help with designs, logo, colors, sizes, and everything else!
3.Get a Free Lapel Pin Quote & Proof.

## Product Description

| Item name | Cute Cartoon 3D PVC Squid Game Keychain Pendant |
| --- | --- |



Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 89 of 305 PageID #:3396

| Material | Eco-friendly rubber pvc |
|---|---|
| Size | see size in pictures |
| Thickness | 3D |
| 3D | Yes, accept |
| Process | Injection Mold |
| Color | Pantone color |
| OEM | Yes, and welcome |
| MOQ | 10pcs |

## Detailed Images



















Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 94 of 305 PageID #:3401





2022/6/24 21:06
Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 95 of 305 PageID #:3402
Cartoon Bulldog Keychain Car Keychain Keyring Cute Dog Keychain Pet Key Chain Car Key 2 It Keychain Bulldog Car Door Hanging Keychain Cute Dog Keychains Product on Alibaba.com





Case 1:24-cv-04081-Document #: 28-2 Filed: 08/23/24 Page 96 of 305 PageID #:3403

# About Company

### Customer First, Quality First, Service First












| OEM ODM&OEM | Free Design | Quality Guarantee | Factory Price | Quick Response | Strong Custom Service |

Kunshan Pinstar Gifts Co., Ltd is in production and trade an integrated enterprise, professionally manufacturing various kinds of gifts & crafts, including lapel pin, coin, medal, embroidery patch, pvc products, etc. Established in 2003, we are



Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 97 of 305 PageID #:3404



# FAQ

**1. Q: What is MOQ of your product.**

A: Our MOQ is 100pcs for each design

**2. Q: Can your product pass SGS, EN71, REACH etc test?**



A: Yes, our products can pass testing, please contact our sales team for more information.

**3. Q: How quick custom sample quickly?**
A: It will take 3-5 working days after artwork confirmed.

**4. Q: How fast can we get a price for custom item?**
A: Our sales team will reply to you on the quotation within 1 hour.

**5. Q: What guarantee do I have that assures me I will get my order from you since I have to pay in advance? What happens if the products you shipped are wrong or poorly made?**
A: We Pinstar Gifts Co.,Ltd. has been in the metal crafts field for more than 12 years, only high quality products and well-deserved reputation can help us go further and further. You also can choose to pay via Trade Assurance Alibaba, Alibaba will make sure your money safe.

**6. Q: How can I get a tracking number of my order that has been shipped?**
A: We will email you about the tracking# directly once the goods are shipped.

**7. Q: Are you a direct manufacturer?**
A: Yes, we are manufacturer, welcome to our factory to have a field visit.

**8. Q: Can you make glitter items?**
A: Yes, we can.

**9. Q: Do you accept urgent orders?**
A: Yes, we do.

## Our Company



Case 1:24-cv-04081 Document #: 28-2 Filed: 08/23/24 Page 99 of 305 PageID #:3406

PINSTAR

**Kunshan Pinstar Technology Co., Ltd** is a professional **MANUFACTUERER** of all kinds of gifts & crafts. Our main products include badges, medals, coins, trophies, key chains, lanyards, lapel pins,emblems, brooches, name tags, plaques, souvenirs, cuff links, tie bars, bottle openers, soft PVC products, silicone bracelets, etc.Our company is established in 2003, Based on more than 14 years of experience, we have gained a strong reputation for delivering high quality and reliable metal crafts in many international markets. Accordingly, we now export our products to all over the world.

**WHY CHOOSE US?**

1. More competitive price, we are MANUFACTURER with direct sales

2. Perfect quality, we have more than 14 years experience

3. Small QTY is available

4. OEM / ODM / Your Own Design is welcomed

5. Free design

6. Free sample

7. Free artwork

8. Door to door service

Home: https://hiicoins.en.alibaba.com/

Catagory: https://hiicoins.en.alibaba.com/productlist.html?spm=a2700.8304367.topnav.2.4bd62e44G3jEEL

**Send your message to this supplier**

To:    Angela Hu



2022/6/24 21:06     Cartoon Bulldog Keychain Car Keychain Keyring Custom Buy Pet Keychain,Cute Dog Keychains Product on Alibaba.com

Case 1:24-cv-04081 Document #: 23-2 Filed: 09/28/24 Page 100 of 305 PageID #:3407



*Message:   Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations,
include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity:   50    Piece/Pieces

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.    **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

Send

## Frequently bought together

 







| | | | | |
|---|---|---|---|---|
| Various Colors Pot Leaf Tie Brooch Pin Enamel Wee… | Bullshit Remover Lapel Pin 2 Piece Set Funny Cleani… | I Understand Nothing Michael Scott The Office… | Jean-Michel Basquiat Enamel Alloy Pin Brooch… | Hot selling boat shape soft enamel badge lapel pin… |
| **$0.30 - $0.90** | **$0.55 - $0.95** | **$0.60 - $0.85** | **$0.55 - $0.95** | **$0.90 - $1.05** |
| 100.0 pieces (MOQ) | 100 pieces (MOQ) | 100 pieces (MOQ) | 100 pieces (MOQ) | 100 pieces (MOQ) |

## Supplier's popular products



2022/6/24 21:06 Cartoon Bulldog Keychain Car Keychain Keyring Cute Dog Keychains - Buy Pet Keychain,Dog Keychains,Cute Dog Keychains Product on Alibaba.com

Case 1:24-cv-04081 Document #: 23-2 Filed: 09/28/24 Page 101 of 305 PageID #:3408







| custom metal coin Wholesale pirate gold… | wholesale pet square triangle plain printed… | plaid collar custom pet bandana dog | Coin Factory custom gold coins 24k | wholesale printing blank custom logo pet puppy… |
|---|---|---|---|---|
| $0.10 - $2.55 | $0.10 - $0.80 | $0.30 - $1.60 | $0.25 - $2.55 | $0.20 - $1.45 |
| 100.0 pieces (MOQ) | 50.0 pieces (MOQ) | 100.0 pieces (MOQ) | 100.0 pieces (MOQ) | 25.0 pieces (MOQ) |

Not exactly what you want? 1 request, multiple quotations Get Quotations Now >>

### Related Searches :

| | | |
|---|---|---|
| retractable key chain | bmw key chain | horse key chain |
| China key chain parts | China floating key chain | China key chain free samples |
| leather key chain | metal key chain | nissan key chain |
| China metal key chain | China alphabet key chain | China mobile phone key chain |
| floating key chain | car key chain | custom key chain |
| China smart key chain | China silicone key chain | China key chain perfume bottle |

Download :

Alibaba Supplier App :

Follow Us :

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4



# Buy Now

ta.order.com.shippingaddress.form-item.label

John Kim, (+1), 3124225122
1542 n bosworth ave, Chicago, Illinois, 60642, United States of America

ta.order.com.summary_amounts.products_amoun
ta.order.com.summary_amounts.shipping_fee.labe
ta.order.com.summary_amounts.order_amount.lal

**Trade Assurance**

ta.order.com.action_bar.benefit.on_time_deliv
Pay now and get them before 7/22.

ta.order.com.action_bar.action.processed_to_pay

Payment Security:

Kunshan Pinstar Gifts Co., Ltd.                                    Chat Now

Cartoon bulldog keychain car keychain keyring cute dog keychains pet key chain for gift

| Color : | 01 | USD 2.00 / Piece | 1 | USD 2.00 |

ta.order.com.products.footer.products_amount.label   **USD 2.00**

ta.order.com.shipping_logistics.label   Seller's Shipping Method 1 (DHL)

EXPRESS

Delivery timeline          **Guaranteed delivery by 7/22**
                                  Compensation for delayed delivery

ta.order.com.delivery_time_line.title_payment ta.order.com.delivery_time_line.title_dispatch ta.order.com.delivery_time_line.title_receive

ta.order.com.delivery_time_line.dispatch_time CN ta.order.com.delivery_time_line.delivery_time US

ta.order.com.shipping_info.shipping_fee.label   USD 28.00

ta.order.com.usvat_block.value_added_tax.label    ta.order.com.usvat_block.value_added_tax.value

ta.order.com.usvat_block.tax_tip

ta.order.com.usvat_block.footer.vat_fee.label  **USD 0.21**

ta.order.com.remark.title

(Options)

Please fill additional remarks

0/2000

☐ I Agree to share Business Card with supplier. ;

---

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

57      Shaanxi Yuman Brilliant International Trade Co., Ltd.

Case 1:24-cv-04081 Document #: 23-3 Filed: 08/23/24 Page 105 of 305 PageID #:3412


**Alibaba.com**

| Products ⌄ | What are you looking for... | | 🔍 Search |

 My Alibaba
 Messages **27**
Orders
🛒 Cart

Home > All Industries > Gifts & Crafts > Key Chains > Plastic Key Chains ✉ Subscribe to Trade Alert



▶ View larger image



⬆ Share

**Ready to ship** · ⊘ In Stock ⊘ Fast Dispatch

### Wholesale Cheap High Quality 3d Keychain Lanyard French Bulldog Keychain Accessories

6 buyers

| 10 - 99 pieces | 100 - 4999 pieces | 5000 - 9999 pieces | >=10000 pieces |
|---|---|---|---|
| **$0.95** | **$0.85** | **$0.68** | **$0.55** |

| **$10.00 OFF** Order more than $300.00 | Get Coupon ⌄ |

| Benefits: | Quick refunds on orders under US $1,000  Claim now > |
|---|---|

Color :

|  | 1 | $0.95 | − 11 + |
| | 2 | $0.95 | − 0 + |
| | 3 | $0.95 | − 0 + |

All 6 Options ⌄

| Samples: | $0.10 (Min. Order) 1 piece  Buy Samples |
|---|---|

Lead Time⑦:

| Quantity(pieces) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 14 | To be negotiated |

| Customization: | Customized logo (Min. Order: 3000 pieces) |
|---|---|
| | Customized packaging (Min. Order: 3000 pieces) |

| Protection: | 🛡 Trade Assurance  Protects your Alibaba.com orders |
|---|---|
| | ⊘ Refund Policy |



11 pieces Details $1
Processing Time 14 day

Shipping $1
Economy Parcels via YW Ch
Alibaba.com Logi

Total $2
Guaranteed delivery B
(Compensation for delayed del

Chat Now

**Start Order**

✉ Contact Supplier

🛒 Add to cart

Browsing History

**Shaanxi Yuman Brilliant International**
Trading Company
🇨🇳 CN · 1 YR

| Response Time | On-time delivery |
|---|---|
| ≤1h | 98.9% |

119 Transactions
20,000+

💬 Messenger

TOP

Wholesale Cheap High Quality 3d Keychain Canvas Pencil Bicycle Keychain Accessories Luxury Car Popular Logo Keyring 3d Metal Key Chain Creative Promotion Gifts Bag Accessories Alloy Ke...

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 106 of 305 PageID #:3413

## You may also like

    

| | | | | |
|---|---|---|---|---|
| Wholesale Cheap High... Quality 3d Keychain | YMBR Wholesale Metal 3... Car Wheel Keychain In | Factory Supplier Hard... Plastic Hat Key Chains | 2022 PU Leather Key Rin... ID Card Flower Purse | 2022 Hot Selling Sunflow... Leather Tassel Girls |
| Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship |
| $0.55 - $0.95 | $1.16 - $1.66 | $0.35 - $0.48 | $2.55 - $2.85 | $3.21 - $3.92 |
| 10 pieces (MOQ) | 2 pieces (MOQ) | 2 pieces (MOQ) | 10 pieces (MOQ) | 2 pieces (MOQ) |



**Alibaba.com Guarantee Delivery Survey**
**Please tell us your procurement experience.**

Take the survey



Chat Now

Browsing History

---

**Product Details** | Company Profile | Transactions

Report Suspicious Activity

Overview   Products Description   You may also like   Certifications   Company Profile   Product packaging   FAQ

## Overview

**Quick Details**

| | | | |
|---|---|---|---|
| Place of Origin: | China | Brand Name: | YMBR |
| Model Number: | PVC | Plastic Type: | PVC |
| Type: | PVC Keychains | Material: | Rubber |
| Metal Type: | Stainless Steel | Printing: | Silk screen printing, Digital printing |
| Print Method: | 4 color | Size: | 3.5cm*5cm |
| Usage: | Souvenir Gift | Item: | pvc keychain |




TOP

2022/6/25

Wholesale Cheap High Quality 3d Keychain-Carry4 French Bulldog Keychain Accessories Buy Unit Sales Carving Bulldog Keychain Strategy Item: Creative Promotion Gifts Bag Accessories Alloy Ke...

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 107 of 305 PageID #:3414

| Style: | Popular | Color: | Customerized |
|---|---|---|---|
| Packing: | opp | MOQ: | 10 |
| Feature: | Environmental Friendly | Use: | Businese Gifts |
| Function: | Advertising-Wholesale Promotional | Sample time: | 3-7 Working Days |

## Packaging & Delivery

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 7.5X2.5X3.5 cm |
| Single gross weight: | 0.050 kg |
| Package Type: | 1pcs/ opp bag, 100pcs/ Poly bag, 300pcs/ CTN, Carton size 29*27*19CM |

Lead Time⑦:

| Quantity(pieces) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 14 | To be negotiated |







Chat Now


Browsing History




TOP

## Overview

| Materials | PVC |
|---|---|
| Color | Please refere picture |
| Sample&stock date | 2-7days |

2022/6/25    Wholesale Cheap High Quality 3d Keychain - Carry 4 Inch Laidogh Keychain Accessories Buy Unti 3d Carry Logo Keychain Metal Key Chain Promotion Gifts Bag Accessories Alloy Ke...

Case 1:24-cv-04081 Document #: 23-3 Filed: 08/23/24 Page 108 of 305 PageID #:3415

| Mass production date | 7-15days |
|---|---|
| Packing | Inner packing:1pcs/opp bag,12pcs/middle opp bag ,carton |
| Shipment method | Fedex ,Dhl,Ems or by sea |
| Payment terms | TT/Western Union/Trade assurance |
| OEM&ODM | Welcome |

## Products Description









2022/6/25 Wholesale Cheap High Quality 3d Keychain Carve French Bulldog Keychain Accessories Buy Wholesale Cheap High Quality 3d Keychain Lanyard Live Promotion Gifts Bag Accessories Alloy Ke…

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 109 of 305 PageID #:3416











https://www.alibaba.com/product-detail/Wholesale-Cheap-High-Quality-3d-Keychain_1600440102930.html?spm=a2700.galleryofferlist.normal_offer.d_image.8f0b7ba7t53Vxe    6/18

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 11 of 305 PageID #:3418







Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 112 of 305 PageID #:3410





Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 113 of 305 PageID #:3420





Case 1:24-cv-04081-Document #: 23-3 Filed: 08/23/24 Page 114 of 305 PageID #:3431



You may also like

Recommended by seller

Chat Now<br>Browsing History





Wholesale Cheap High Quality 3d Keychain Carya Fresh Bulldog Keychain Accessories Buy Car/car Carrying Bulldog Keychain Strategy, Team Creative Promotion Gifts Bag Accessories Alloy Ke...


**Wholesale Fashion Cryst...**
$2.29 - $3.19 / piece
2.0 pieces


**Keychain Key Chains Wh...**
$0.23 - $0.46 / piece
2.0 pieces


**Car Keychain Pendant A...**
$0.11 - $0.45 / piece
10.0 pieces


**Wholesale business Gift ...**
$0.10 - $2.50 / piece
100.0 pieces


**Brand New Custom Who...**
$1.18 - $1.29 / piece
10 pieces


**Hot Sale Little Bear Bric...**
$0.21 - $0.41 / piece
10 pieces


**Wholesale cute keychain...**
$0.03 - $0.68 / piece
10.0 pieces


**New Arrival PVC 3D Rub...**
$1.42 - $1.86 / piece
10 pieces


**3D Rubber Keychain Pin...**
$0.82 - $1.22 / piece
2 pieces


**Top Fashion Care Bear C...**
$0.65 - $1.15 / piece
10 pieces


**Free Samples Custom R...**
$0.03 - $0.68 / piece
10.0 pieces


**Wholesale 2D /3D Custo...**
$0.36 - $0.68 / piece
10.0 pieces

## Certifications




Chat Now

Browsing History



# CERTIFICATE

## Shaanxi Yuman Brilliant International Trade Co., Ltd.

## Company Profile

**Shaanxi Yuman Brilliant International Trade Co., Ltd. is located in Xi'an, the central city of Northwest China. We are based on the traditional handicraft center, the advantageous location of modern cultural and artistic products, and the characteristic craft gift resources; our main products are handicraft products, gifts, accessories, department stores It involves more than 500 products, and the advantageous products include: resin sculptures, creative gifts, ornaments, pendants, etc. Our products are complete in categories and high in quality, and are exported to more than 20 countries such as Europe, America, North America, and Southeast Asia, and are deeply loved by customers; we Our team is honest and professional, efficient in service, and has rich experience in foreign trade; we pursue the corporate vision of "customer satisfaction, employee happiness, and enterprise longevity", adhere to the business philosophy of "quality first, customer first", and sincerely welcome customers from all over the world. Friends to discuss cooperation.**



Chat Now



Browsing History





TOP

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 117 of 305 PageID #:3424







Chat Now

Browsing History

# Why choose us? Give you 5 reasons to choose us



## 1.Delivery time

A variety of shipping methods are available

7-15 days for free sample order

15-30 days for bulk order

## 2.Professional service

Professional production

Professional Shipping

Professional trade



Case 1:24-cv-04081-Document #: 23-3 Filed: 08/23/24 Page 118 of 305 PageID #:3435



# 3.Full range available

Complete product range

More than 500 products to choose from

# 4.Low price high quality

Customer Satisfied Price

Reliable product quality

100% Made in China





# 5.Free samples

Free samples can be provided

Lower MOQ

Support product & LOGO customization

## Thanks for browsing, welcome to order



Deeper cooperation starts here

More professional services start here

## Product packaging


Chat Now


Browsing History




TOP



## TRADE ASSURANCE PROVIDES YOU WITH 100% PROTECTION



- 100% payment protection
- 100% product quality protection
- 100% on-time shipment protection










Chat Now


Browsing History




TOP

## FAQ

**Q1.Can I have a sample order for this product?**
Yes,we welcome sample order to test and check quality.Mixed samples are acceptable.

**Q2. What about the lead time?**
Sample needs 3-5 days, mass production time needs about 1-2 weeks,depends on quantity

**Q3. How do you ship the goods and how long does it take to arrive?**
We usually ship by DHL,UPS,FedEx or TNT.It usually takes 3-5 days to arrive.
Airline and sea shipping also optional.

**Q4. How to proceed can order for this product?**
Firstly let us know your requirements or application.
Secondly We quote according to your requirements or our suggestions.
Thirdly customer confirms the samples and places deposit fom formal order.
Fourthly We arrange the production.

**Q5. Is it OK to print my logo on this product?**
Yes. Please inform us formally before our production and confirm the design firstly based on our sample.

**Q6.Where are you? Can I visit you?**
A: Sure,welcome to you visit our factory at any time.


Chat Now

Browsing History

## Send your message to this supplier

To: Lucy Zhao

*Message:

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters



TOP



Quantity: 10  Acre/Acres

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.  🔲 **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

**Send**

## Frequently bought together



YMBR wholesale cute pu… leather double-sided round
Ready to Ship
**$0.35 - $0.56**
2 pieces (MOQ)



New Arrival Boho Rope… Weaving Wedding Decor
Ready to Ship
**$1.19 - $1.58**
2 pieces (MOQ)



Factory Art And Craft Custom Logo Metal Car…
**$0.61 - $0.69**
100 pieces (MOQ)



Custom Leather Car Keychain Custom Logo…
**$0.20 - $4.60**
100.0 pieces (MOQ)



Amazon Hot Selling High… Quality Cotton Weave Art
Ready to Ship
**$1.35 - $1.76**
2 pieces (MOQ)

 Chat Now

 Browsing History

## Supplier's popular products



Custom leather logo key chain metal hook with…
**$0.59 - $0.89**
10 pieces (MOQ)



High Quality Newest Hot selling Wholesale Silicon…
**$1.98 - $2.59**
10 pieces (MOQ)



Wholesale French Bulldo… Keychain Bag Pendant
Ready to Ship
**$5.39 - $6.19**
10 pieces (MOQ)



YMBR wholesale cute pu leather double-sided roun…
**$0.35 - $0.56**
2.0 pieces (MOQ)



New Arriavel Bohemia… Beach Style Bag Pendant
Ready to Ship
**$1.31 - $1.85**
2 pieces (MOQ)



 TOP

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 122 of 305 PageID #:3420

Not exactly what you want? 1 request, multiple quotations **Get Quotations Now >>**

## Related Searches :

| | | |
|---|---|---|
| retractable key chain | bmw key chain | horse key chain |
| China key chain parts | China floating key chain | China key chain free samples |
| leather key chain | metal key chain | nissan key chain |
| China metal key chain | China alphabet key chain | China mobile phone key chain |
| floating key chain | car key chain | custom key chain |
| China smart key chain | China silicone key chain | China key chain perfume bottle |

Download :       Alibaba Supplier App :      Follow Us : 

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية اللغة - עברית‏ - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号 浙B2-20120091-4

 Chat Now

 Browsing History



 TOP


# Buy Now



🛡️ **Trade Assurance**  protects your Alibaba.com orders

Shipping address

John Kim, (+1), 3124225122
1542 n bosworth ave, Chicago, Illinois, 60642, United States of America

🏢 Shaanxi Yuman Brilliant International Trade Co., Ltd.　　　| 💬 Chat with the supplier

Wholesale Cheap High Quality 3d Keychain Lanyard French Bulldog Keychain Accessories

Color : 1 　　　　USD 0.95 / Piece ⓘ 　－ 11 ＋ 　USD 10.45

Customization Service

The minimum quantity required for customization options is 3000 Pieces.
You currently have 11 Pieces in your cart.

Subtotal: **USD 10.45**

Service provider　Economy Parcels via YW ∨
　　　　　　　　　**Alibaba.com** | Logistics

Shipping methods　🚚 EXPRESS

Incoterms　DAP (Delivered at Place) ?

Delivery timeline　**Guaranteed delivery by 8/3**

Subtotal　　　　　　　　　　USD 10.45
Shipping fee　　　　　　　　USD 11.29

Payment Amount:　　　　　USD 21.74

🏅 Trade Assurance
✅ On–time Delivery Guarantee
Pay now and get them before 8/3.

**Proceed to pay**

Payment Security:

Compensation for delayed delivery

Payment        Dispatch        Received

Lead time 14 days    CN    Shipping time 12–30 working days    US

**Alibaba.com** | Logistics   cost–effective, efficient, and trackable.

Shipping fee: USD 11.29

Sales Tax ?

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax USD 1.09

Additional notes (optional)

Please fill in

0/2000

☑ I agree to share my business card with supplier.

  Product Listing Policy – Intellectual Property Protection – Privacy Policy – Terms of Use – User Information Legal Enquiry Guide

© 1999–2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2–20120091–4

68      Shenzhen Linglicongming Techonic Ltd. Co.

Case: 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 127 of 305 PageID #:3434

What are you looking for...

Search

My Alibaba Messages Orders 27 Cart

Home > All Industries > Gifts & Crafts > Key Chains > Rubber Key Chains

View larger image

Share

Ready to Ship In Stock Fast Dispatch

custom soft PVC cartoon 3d French Bulldog toys purse school bag animal dogs silicone keychains

| 2 - 99 sets | 100 - 999 sets | 1000 - 4999 sets | >=5000 sets |
|---|---|---|---|
| $1.00 | $0.90 | $0.85 | $0.80 |

Color :

| Color | Price | Quantity |
|---|---|---|
| Blue | $1.00 | 0 |
| Black | $1.00 | 0 |
| Pink | $1.00 | 0 |

All 6 Options

Samples: $1.50 (Min. Order) 1 set Buy Samples

Lead Time:

| Quantity(sets) | 1 - 100 | 101 - 1000 | >1000 |
|---|---|---|---|
| Est. Time(days) | 7 | 14 | To be negotiated |

Customization: Customized logo(Min. Order: 500000 sets)
Customized packaging(Min. Order: 500000 sets)

Protection: Trade Assurance Protects your Alibaba.com orders

Refund Policy

The minimum order quantity is 2 sets

0/2 sets from $2.00

Processing Time 7 days

Shipping from $6.26

Economy Parcels Change

Alibaba.com Logistics

Guaranteed delivery By 7/26
(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

Shenzhen Linglicongming Techonic Ltd...

CN 1 YR

| Response Time | On-time delivery rate |
|---|---|
| ≤2h | 100.0% |

Chat Now

Browsing History

## You may also like









| 3D PVC kawaii cute... cartoon character keyring | fashion PVC kawaii kids... key ring chain 3d animal | Cute Cartoon Space... Animal Doll Keychain Gift | promotional gifts... wholesale 3D PVC kawaii | Wholesale Custom Jorda... Design Keyring Key Chain |
|---|---|---|---|---|
| Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship |
| $1.53 - $1.76 | $0.85 - $0.99 | $1.70 - $2.00 | $1.50 - $2.00 | $0.70 - $0.86 |
| 2 sets (MOQ) | 2 sets (MOQ) | 2 sets (MOQ) | 2 sets (MOQ) | 2 sets (MOQ) |

### Alibaba.com Guarantee Delivery Survey
**Please tell us your procurement experience.**

Take the survey


Chat Now

Browsing History

---

**Product Details** | Company Profile

Report Suspicious Activity

Product Description | Related Products | Company Introduction | Packing&Shipping

## Overview

### Quick Details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong,China | Brand Name: | MH |
| Model Number: | MH021 | Plastic Type: | PVC |
| Type: | Coin Holder Keychain | Material: | Silicone |
| Metal Type: | Zinc Alloy | Printing: | Digital printing |
| Size: | 5.5cm*5.5cm*3cm | Sample: | Availbale Anytime |
| Packing: | PE Bag | | |

### Packaging & Delivery

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 7X7X4 cm |
| Single gross weight: | 0.070 kg |
| Package Type: | Color BOX |

| Lead Time⑦ | Quantity(sets) | 1 - 100 | 101 - 1000 | >1000 |
|---|---|---|---|---|

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 129 of 305 PageID #:8436

| Est. Time(days) | 7 | 14 | To be negotiated |
|---|---|---|---|

**Video Description**



## Product Description

| Product Name | Keychain |
|---|---|
| Material | PVC |
| Function | Cartoon keychain |
| Size | 5.5cm*5.5cm*3cm |
| Sample | Available |

custom soft PVC cartoon 3d French Bulldog toys purse school bag animal dogs silicone keychains

Features:



Chat Now

Browsing History



* Makes a great party favor
* Convenient size and price


Chat Now

Browsing History

2022/6/23 20:18

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 131 of 305 PageID #:3438

Custom Soft Pvc Cartoon 3d French Bulldog Toys Puppy Silicone Animal Bag Silicone Keychains 3d Animal French Bulldog Key Chain,3d French Key Chain,Cartoon Key Chain Product on A...



Chat Now

Browsing History

Case: 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 132 of 305 PageID #:8439





Chat Now

Browsing
History

Case 1:24-cv-04081-Document #:23-2 Filed: 08/23/24 Page 133 of 305 PageID #:8440





Chat Now

Browsing
History

Case: 1-24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 134 of 305 PageID #:8441





Chat Now

Browsing History

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 135 of 305 PageID #:8442





Chat Now

Browsing History

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 136 of 305 PageID #:8443




Chat Now

Browsing
History



## Related Products

**Recommended by seller**


Chat Now

Browsing History

| 3D PVC kawaii cute cart... | promotional gifts whole... | fashion PVC kawaii kids ... | fashion PVC kawaii kids ... |
|---|---|---|---|
| $1.53 - $1.76 / Set | $1.70 - $2.20 / Set | $1.80 - $2.10 / Set | $0.80 - $1.00 / Set |
| 2 Sets | 2 Sets | 2 Sets | 2 Sets |

| Cute Cartoon Space Ani... | fashion PVC kawaii kids ... | Mini size Creative rabbit ... | fashion PVC kawaii kids ... |
|---|---|---|---|
| $1.70 - $2.00 / Set | $2.40 - $2.80 / Set | $1.70 - $1.96 / Set | $0.85 - $0.99 / Set |
| 2 Sets | 2 Sets | 2 Sets | 2 Sets |

## Company Introduction















## Packing&Shipping

Case: 1:24-cv-04083 Document #: 23-2 Filed: 08/23/24 Page 140 of 305 PageID #:8447



## Send your message to this supplier

**To:** didi deng

**\*Message:**

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

**Quantity:** 2    Set/Sets

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.    **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

[ Send ]

## Supplier's popular products







2022 new basketball off-the-shelf pendant fan
**Ready to Ship**
$0.85 - $0.99
2 sets (MOQ)

hot sale PVC cute kawaii... Cartoon character Cute
**Ready to Ship**
$0.89 - $1.10
2 sets (MOQ)

PVC kids super power... captain america avengers
**Ready to Ship**
$0.89 - $1.10
2 sets (MOQ)

3D Cute car Keychain... Kawaii Cartoon silicone
**Ready to Ship**
$1.45 - $1.59
2 sets (MOQ)

PVC kids super power... captain america avenge
**Ready to Ship**
$0.79 - $0.99
2 sets (MOQ)

Not exactly what you want? 1 request, multiple quotations  **Get Quotations Now >>**

Chat Now

Browsing History

**Related Searches :**

| | | |
|---|---|---|
| retractable key chain | bmw key chain | horse key chain |
| China key chain parts | China floating key chain | China key chain free samples |
| leather key chain | metal key chain | nissan key chain |
| China metal key chain | China alphabet key chain | China mobile phone key chain |
| floating key chain | car key chain | custom key chain |
| China smart key chain | China silicone key chain | China key chain perfume bottle |

Download :                                  Alibaba Supplier App :                    Follow Us :

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

Chat Now

Browsing History

Case: 1:24-cv-04001 Document #: 23-2 Filed: 08/23/24 Page 142 of 305 PageID #:3449

# Buy Now

**Trade Assurance** protects your Alibaba.com orders

Shipping address

John Kim, (+1), 3124225122
1542 n bosworth ave, Chicago, Illinois, 60642, United States of America

Change    Add an address

| | Subtotal | USD 2.00 |
| --- | --- | --- |
| | Shipping fee | USD 6.26 |

Payment Amount:  USD 8.26
Tax:  USD 0.21
Transaction Fee:  USD 0.26
Exchange Rate:  --

Payment in  USD ⌄    **USD 8.73**

Shenzhen Linglicongming Techonic Ltd. Co.

Chat with the supplier



custom soft PVC cartoon 3d French Bulldog toys purse school bag animal dogs silicone keychains

Color :  Blue

USD 1.00 / Set ⓘ    —  2  +    USD 2.00

Customization Service

The minimum quantity required for customization options is **500000** Sets.
You currently have **2** Sets in your cart.

Subtotal:  **USD 2.00**

Trade Assurance

⊘ On-time Delivery Guarantee
Pay now and get them before 7/26.

Pay now

Payment Security:

Service provider

Economy Parcels ⌄

Alibaba.com | Logistics

Shipping methods    EXPRESS

Incoterms    DAP (Delivered at Place) ⓸

Delivery timeline    Guaranteed delivery by 7/26

Messenger ⌃

https://biz.alibaba.com/contract/nowBuy.htm?pageId=4020173e21010fd862b45a0f181907fa1d447ed633#/

Compensation for delayed delivery

| Payment | Dispatch | Received |
|---|---|---|
| Lead time 7 days | CN Shipping time 10-15 working days | US |

Alibaba.com | Logistics  cost-effective, efficient, and trackable.        Shipping fee: USD 6.26

---

Sales Tax ⓘ    According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 0.21**

---

Payment Method    ◯ Credit/Debit Card **VISA** ●●

**Card Number**

[                                                              ]

**Name**

[ Given names                    ] [ Surname                      ]

**Expiration Date**                    **CVV / CSC**

[ MM ▾ ] / [ YY ▾ ]    [                    👁 ] [     ]

Messenger ⌃

Billing Address

1542 n bosworth ave

Country / Region                                    ZIP Code

Please select

City / Town

Input City/Town

☐ Save this card for next payment and accept the Alibaba.com Privacy Policy.

○ Other Payment Methods

Transaction Fee:⊙ USD 0.26

Additional notes (optional)

Please fill in

0/2000

✓ I agree to share my business card with supplier.

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-2012091

 Messenger ⌃

2022/6/23 20:19

69    Shenzhen Longgang District Bainatong Firm



**Alibaba.com**

What are you looking for...

My Alibaba    Messages 27    Orders    Search    Cart   

Home > All Industries > Gifts & Crafts > Key Chains > Plastic Key Chains





⊕ View larger image

⤴ Share



**Ready to Ship** ⚡ **In Stock** ✓ **Fast Dispatch**

Cute Colorful Cartoon Dog Bulldog Plastic Key Ring Car Keychain keychain Figure Pendant for Kid Gift

| 5 - 99 pieces | 100 - 499 pieces | 500 - 4999 pieces | >=5000 pieces |
|---|---|---|---|
| **$1.19** | **$0.99** | **$0.89** | **$0.72** |

**$25.00 OFF** Order more than $999.00 | Get Coupon ⌄

1 batch = 5 pieces

Color :

| | | | |
|---|---|---|---|
| Blue | $1.19 | − 10 + |
| Black | $1.19 | − 0 + |
| Pink | $1.19 | − 0 + |

**All 6 Options** ⌄

Samples:

$4.00  (Min. Order) 1 piece  Buy Samples

Lead Time⊙

| Quantity(pieces) | 1 - 2500 | >2500 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

Protection:   🛡 **Trade Assurance**  Protects your Alibaba.com orders

⊘ Refund Policy



10 pieces Details    $1
Processing Time 15 day

Shipping    $1
Economy Parcels Ch

Alibaba.com Logi

**Total**    $3
Guaranteed delivery B
(Compensation for delayed del

Chat Now

**Start Order**

Contact Supplier

🛒 Add to cart

Browsing History

**Shenzhen Longgang District Bainator**
🇨🇳 CN  2 YRS

Response Time    On-time deliver
≤7h    100.0%

229 Transactions
40,000+

**You may also like**

Messenger 27 ⌃    TOP

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/28/24 Page 148 of 305 PageID #:3455







Cute Colorful Cartoon Do...
Bulldog Plastic Key Ring

Ready to Ship

**$0.72 - $1.19**

5 pieces (MOQ)

100Pcs Japanese One...
Piece Luffy Anime Cartoon

Ready to Ship

**$0.99 - $1.69**

6 sets (MOQ)

50Pcs Original Creative In...
Soft Drink Stickers For Girl

Ready to Ship

**$0.59 - $1.19**

5 sets (MOQ)

100Pcs Inspirational...
Inspire Slogan Sticker For

Ready to Ship

**$0.79 - $1.69**

5 sets (MOQ)

50Pcs BL Boyslove...
Cartoon Stickers For Water

Ready to Ship

**$0.48 - $1.19**

5 sets (MOQ)



### Alibaba.com Guarantee Delivery Survey
**Please tell us your procurement experience.**

Take the survey



Chat Now

Browsing History

**Product Details**   Company Profile

Report Suspicious Activity

Product Description     Service For Online Shop     FAQ

# Overview

**Quick Details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Plastic Type: | PVC |
| Type: | Car Keychain | Material: | Plastic |
| Metal Type: | ALLOY | Size: | 2-9.8cm, 2-9.8cm |
| Feature: | Waterproof | Usage: | Keychain |
| Package: | Opp Bag | Style: | Cute Toy |
| MOQ: | 3 pcs/design | Theme: | Bulldog |

**Packaging & Delivery**

2022/6/25　Cute Colorful Cartoon Dog Bulldog Plastic Keychain Car Keychain Figure Pendant For Bag/Car Bag Keychain Cute Bulldog Car Keychain Bulldog Figure Pendant Product on Alibaba.c...

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/28/24 Page 149 of 305 PageID #:3456

| Selling Units: | Multiple of 5 |
| Package size per batch: | 10X10X1 cm |
| Gross weight per batch: | 0.280 kg |
| Package Type: | OPP Bag |

| Lead Time⊙: | Quantity(pieces) | 1 - 2500 | >2500 |
| | Est. Time(days) | 15 | To be negotiated |

## Product Description

| Product Name | Cute Bulldog Car KEYCHAIN |
|---|---|
| **Material** | PVC |
| **Function** | Keychain; Pendant |
| **Package** | Opp bags |



Name:PVC Bulldog Keychain

Martial:PVC + Hardware

Weight: 45g

Packing: OPP Bag

Use:Keychain; Pendant


Chat Now


Browsing History




TOP

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/28/24 Page 150 of 305 PageID #:8457





Chat Now



Browsing
History





TOP





Positive Display

YOUR FRESH AND PURE WHITE, YOUR BEAUTY IS INVINCIBLE.

I'LL GIVE YOU A PAIR OF WHITE SHOES.


Chat Now


Browsing History




TOP






Chat Now


Browsing History



Exquisite accessories, leather rope made of PU leather,

comfortable fabric leather, hot stamping printing, soft PVC


TOP

soft tape, good elasticity, no deformation.




**Commodity Classification**


**Bulldog BLUE**


**Bulldog Pink**





Chat Now


Browsing History




TOP

Case: 1-24-cv-04081 Document #: 23-2 Filed: 08/28/24 Page 154 of 305 PageID #:8461













Chat Now



Browsing History





TOP

2022/6/25 Cute Colorful Cartoon Dog Bulldog Plastic Key Ring Oil Key Chain Keychain Figure Pendant For Bag/Car/Key Keychain Cute Bulldog Key Chain Bulldog Figure Pendant Product on Alibaba.c…

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/28/24 Page 156 of 305 PageID #:3463

# Delivery Time

| Delivery Time (Working Days ) | | | | | |
|---|---|---|---|---|---|
| Ships from | Destination | 3-10 | 10-30 | 30-60 | Over 60 |
| China | Russia | 4% | 95% | 1% | Refund or Resend |
| China | United Kingdom | 2% | 93% | 5% | Refund or Resend |
| China | Ukraine | 2% | 97% | 1% | Refund or Resend |
| China | France | 5% | 94.5% | 0.5% | Refund or Resend |

## Service For Online Shop



LAZADA  ebay  Walmart  Jet  Etsy  wish  amazon

Professional Supply Online Services.
You just sell goods online, we do everything for you.

## FAQ

Q1: How you control the items quality? A1: each item strictly tested before shipping.

Q2: Could you provide free samples?
A2: No, sample should be paid including shipping cost, all fees will be returned in formal order.

Q3: What is the delivery time?
A3: Usually 2-3 working days after confirming your payment.

Q4: When we receive the box, find any items missing or defective, howshould we do?
A4: Please contact us ASAP in 48hours, we will check and give you best solution soon.








Q5: What is the payment method?
A5: T/T Bank Transfer, Western Union, Money Gram, Paypal,Alibaba Trade Assurance and so on.

Q6: What is the shipping method?
A6: DHL/UPS/TNT/FEDEX/HONG KONG POST/CHINA POST,etc.

Q7:If we have Agent/forwarder in China,can you ship to them?
A7:Sure,it is no problem.

Q8:We sell goods on Amazon,could you ship goods directly to Amazon?
A8:Yes sure,we have this service.You just give us bar code and Amazon label.We stick bar code,professional packing and
inspection,do everything to ship goods directly to Amazon.

## Send your message to this supplier

**To:** Andrew .

**\*Message:** Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

**Quantity:** 5    Piece/Pieces

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. **RFQ** **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

**Send**

## Frequently bought together



Chat Now

Browsing History

TOP



50Pcs Detective Conan...
Stickers Label For DIY

Ready to Ship

**$0.59 - $1.09**

5 sets (MOQ)



50Pcs Cartoon Green...
Plants Graffiti Sticker For

Ready to Ship

**$0.59 - $1.19**

5 sets (MOQ)



100Pcs Fashion Modified...
Cars Cool Graffiti Sticker

Ready to Ship

**$0.89 - $1.69**

5 sets (MOQ)



50Pcs Football Star...
Cristiano Ronaldo Stickers

Ready to Ship

**$0.48 - $1.19**

6 sets (MOQ)



50Pcs Horse...
Horsemanship Sticker For

Ready to Ship

**$0.48 - $1.19**

5 sets (MOQ)

## Supplier's popular products



100Pcs Japan Cartoon...
Sexy Girl Hentai Panties

Ready to Ship

**$0.79 - $1.69**

5 sets (MOQ)



100Pcs Cool Cartoon...
Spoof Weed Stickers For

Ready to Ship

**$0.89 - $1.69**

5 sets (MOQ)



50Pcs Japan Anime Mix...
Hunter Dragon Ball Sticker

Ready to Ship

**$0.48 - $0.99**

10 sets (MOQ)



100Pcs Bohemia Style...
Stickers For Teens Girl

Ready to Ship

**$0.89 - $1.69**

5 sets (MOQ)



100Pcs Cute Cartoon Kirb...
Video Game Action

Ready to Ship

**$0.79 - $1.69**

5 sets (MOQ)



Chat Now



Browsing History

Not exactly what you want? 1 request, multiple quotations **Get Quotations Now >>**

### Related Searches :

| | | |
|---|---|---|
| lego keychain | bear keychain | pig keychain |
| China wood keychain | China number keychain | China keychain hongkong |
| mk keychain | nike keychain | bee keychain |
| China helmet keychain | China mobile keychains | China keychain cell phone |
| owl keychain | bmw keychain | jeep keychain |
| China custom keychain | China dental keychains | China flip flop keychains |





TOP

2022/6/25
Cute Colorful Cartoon Dog Bulldog Plastic Key Ring Cat Keychain Figure Pendant for Car Bag Keys Plant Cute Bulldog Cat Keychain Bulldog Figure Pendant Product on Alibaba.c...

Case 1:24-cv-04083 Document #: 23-2 Filed: 08/28/24 Page 159 of 305 PageID #:3466

Download :  

Alibaba Supplier App : 

Follow Us :   

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - עברית - ไทย - Türk - Nederlands - tiếng Việt - Indonesian

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4


Chat Now


Browsing History



# Buy Now

🛡️ **Trade Assurance** protects your Alibaba.com orders

| Shipping address | John Kim, (+1), 3124225122 |
|---|---|
| | 1542 n bosworth ave, Chicago, Illinois, 60642, United States of America |

🏪 Shenzhen Longgang District Bainatong Firm     💬 Chat with the supplier

| | Cute Colorful Cartoon Dog Bulldog Plastic Key Ring Car Keychain keychain Figure Pendant for Kid Gift | | |
|---|---|---|---|
| | Color : Blue | USD 1.19 / Piece ⓘ   − 10 + | USD 11.90 |

Subtotal: **USD 11.90**

| Service provider | Economy Parcels ⌄ |
|---|---|
| | **Alibaba.com** Logistics |
| Shipping methods | 🚚 EXPRESS |
| Incoterms | DAP (Delivered at Place) Ⓠ |
| Delivery timeline | **Guaranteed delivery by 8/2** |
| | Compensation for delayed delivery |

Payment        Dispatch        Received

---

| Subtotal | USD 11.90 |
|---|---|
| Shipping fee | USD 18.27 |
| **Payment Amount:** | **USD 30.17** |

🟡 Trade Assurance

✅ On-time Delivery Guarantee
Pay now and get them before 8/2.

**Proceed to pay**

Payment Security: 🛡️ PCI

Lead time 15 days    CN    Shipping time 10–15 working days    US

**Alibaba.com** Logistics   cost–effective, efficient, and trackable.      Shipping fee: USD 18.27

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax   USD 1.22

Additional notes (optional)

Please fill in

0/2000

☑ I agree to share my business card with supplier.

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy – Intellectual Property Protection – Privacy Policy – Terms of Use – User Information Legal Enquiry Guide

© 1999–2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2–20120091–4

76      Shenzhen Yitu Electronics Co., Ltd.

2022/6/29 Cute Kawaii 3d Cartoon Brown French bulldog Creation Designer Keychain Accessory Safety Self Defense French bulldog keychain,Keychain French Bulldog,Bulldog Cr…

Case 1:24-cv-04081-Document #:23-2 Filed 08/23/24 Page 163 of 305 PageID #:3470



Search

  

My Alibaba | Messages 27 | Orders | Cart

Home > All Industries > Gifts & Crafts > Key Chains > Other Key Chains



View larger image



▶ Share

**cute kawaii 3d cartoon brown french bulldog creation designer keychain accessory safety self defense french bulldog keychain**

2 buyers

| 10 - 499 pieces | 500 - 999 pieces | 1000 - 4999 pieces | >=5000 pieces |
|---|---|---|---|
| **$1.11** | **$1.09** | **$0.99** | **$0.88** |

| Color : | | | | |
|---|---|---|---|---|
| | 1 | $1.11 | − 13 + |
| | 2 | $1.11 | − 0 + |
| | 3 | $1.11 | − 0 + |

**All 7 Options** ⌄

Samples: 
$1.11 (Min. Order) 1 piece Buy Samples

Lead Time ⓘ

| Quantity(pieces) | 1 - 500 | 501 - 1000 | 1001 - 5000 | >5000 |
|---|---|---|---|---|
| Est. Time(days) | 7 | 10 | 15 | To be negotiated |

Customization: Customized packaging (Min. Order: 1000 pieces)
Customized logo (Min. Order: 50000 pieces)
More ⌄

Protection: 🛡 Trade Assurance  Protects your Alibaba.com orders

✓ On-time Dispatch Guarantee
✓ Refund Policy



13 pieces Details                     $1
Processing Time 7 day

Shipping                              $3
Seller's Shipping Method 1  Ch

Total                                 $4
Estimated delivery 7/12-7/1

**Start Order**

✉ Contact Supplier

🛒 Add to cart

Chat Now

⏱ Browsing History

**Shenzhen Yitu Electronics Co., Ltd.**

🇨🇳 CN    1 YR

Response Time        On-time deliver
≤3h                  95.9%

238 Transactions
80,000+

Messenger 27 ⌄

TOP

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 164 of 305 PageID #:3471

## You may also like







| | | | | |
|---|---|---|---|---|
| promotional 3d kawaii cute cartoon pvc mouse… | hot selling carton transformers keychain 3d… | fashion stylish kawaii anime safety mario… | promotional 3D cartoon pvc super power hero… | 3d cartoon charms cartoon mouse key chain keyring… |
| **$0.89 - $1.10** | **$0.79 - $0.99** | **$1.00 - $1.11** | **$0.89 - $1.10** | **$0.89 - $1.10** |
| 10 pieces (MOQ) | 15 pieces (MOQ) | 20 pieces (MOQ) | 10 pieces (MOQ) | 10 pieces (MOQ) |



Chat Now

Browsing History

| Product Details | Company Profile | Transactions | | Report Suspicious Activity |
|---|---|---|---|---|

Product Description    Recommend Products    Company Profile

# Overview

### Quick Details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | HBX |
| Model Number: | HBXS339 | Plastic Type: | Silicone |
| Type: | Cartoon keychain | Material: | PVC, PVC |
| Metal Type: | Zinc Alloy | Printing: | Letterpress printing |
| Print Method: | 4 color | Size: | 6.7*6.7cm, 6.7*7.7cm |
| Product name: | bulldog creation cartoon designer keychain | General Use:: | Keychain |
| Weight: | 55g | Colors: | black,blue,pink |
| OEM: | acceptable | Sample: | Availbale Anytime |
| Packing: | Pe bag | Function: | Practice |

### Packaging & Delivery

2022/6/29     Cute Kawaii 3d Cartoon Brown French...,Keychain,Keychain French Bulldog,Bulldog Cr...

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 165 of 305 PageID #:3472

| Selling Units: | Single item |
| --- | --- |
| Single package size: | 10X10X5 cm |
| Single gross weight: | 0.060 kg |
| Package Type: | 1pcs/PE bag/carton box |

cute kawaii 3d cartoon brown french bulldog creation designer keychain accessory safety self defense french bulldog keychain

Lead Time⑦:

| Quantity(pieces) | 1 - 500 | 501 - 1000 | 1001 - 5000 | >5000 |
| --- | --- | --- | --- | --- |
| Est. Time(days) | 7 | 10 | 15 | To be negotiated |

## Product Description




Chat Now

Browsing History



TOP

2022/6/29 Cute Kawaii 3d Cartoon Brown French Bulldog Creative Designer Keychain Accessory Safety Suitcase Car French Logo Keychain,Keychain French Bulldog,Bulldog Cr...

Case 1:24-cv-04081 Document #:23-2 Filed 08/23/24 Page 166 of 305 PageID #:3473




Chat Now


Browsing History




TOP

Case 1:24-cv-04081 Document #:23-2 Filed 08/23/24 Page 167 of 305 PageID #:3474





Chat Now



Browsing History





TOP

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 168 of 305 PageID #:3475




Chat Now


Browsing History




TOP




Chat Now


Browsing History




TOP

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 170 of 305 PageID #:3477






Chat Now



Browsing History





TOP

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 171 of 305 PageID #:3478




Chat Now


Browsing History




TOP

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 172 of 305 PageID #:3479




Chat Now

Browsing History




TOP






Chat Now

Browsing History




TOP





2022/6/29     Cute Kawaii 3d Cartoon Brown French Bulldog Cute Dog Designer Keychain Accessory Safety Suitcases & French Bulldog Keychain 3d Bag,French Bulldog Keychain,Keychain French Bulldog,Bulldog Cr...

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 175 of 305 PageID #: 3482





Chat Now



Browsing History





TOP

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 176 of 305 PageID #:3483

| Product name | cute kawaii 3d cartoon brown french bulldog creation designer keychain accessory safety self defense french bulldog keychain |
|---|---|
| Color | brown/blue/pink/purple |
| Size | 6.7*6.7cm |
| Weigt | 60g |
| Material | silicone |

 * High quality: Rainbow charms made of non toxic and soft material which are safe and the key rings are sturdy
* Adorable design: Come with 8 styles, per style 5pcs, totally 40pcs assorted plastic keychains
* Idea party favors: Absolutely great choice for party supplies, pinata fillers, game prizes and themed party
* Multiple uses: Simply attached these rainbow keychains to the backpacks as decoration, or use as decoration for car keys, house
keys, door keys

## Recommend Products

**Recommended by seller**



bulk luxury 3d mini croc ...
**$0.64 - $0.99** / piece
10 pieces



kawaii cute cartoon char...
**$0.89 - $1.10** / piece
15 pieces



promotional 3d kawaii c...
**$0.89 - $1.10** / piece
10 pieces



3D PVC Pendent Key Rin...
**$0.88 - $1.10** / piece
20 pieces







Chat Now


Browsing History




TOP

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 177 of 305 PageID #:3484



Amazon Hot Sale Popul...

**$0.88 - $1.10** / piece

20 pieces



hot selling carton transf...

**$0.79 - $0.99** / piece

15 pieces

luxury brand small yello...

**$0.79 - $0.99** / piece

15 pieces

wholesale self defense c...

**$0.99 - $1.11** / piece

20 pieces



colorful 3d cartoon doll ...

**$0.79 - $0.99** / piece

10 pieces



pink pig toy key chain cu...

**$0.79 - $0.99** / piece

15 pieces

## Company Profile



Chat Now



Browsing History





TOP

## Product processing












Chat Now


Browsing History

## CUSTOMER VISITING

From nature, from life, fresh and fashionable.








TOP

2022/6/29 Cute Kawaii 3d Cartoon Brown French Bulldog Crossbody Designer Keychain Accessory Bag Sunglasses French Bulldog Keychain By Agrel Bulldog Keychain,Keychain French Bulldog,Bulldog Cr...

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 179 of 305 PageID #:3486









**TRANSPORT**

From nature, from life, fresh and fashionable.









Chat Now


Browsing History




TOP





Chat Now



Browsing History

## Send your message to this supplier

**To:** Nicole li

**\*Message:**

> Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

**Quantity:** 10    Piece/Pieces ▾

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.  🔴 **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.



TOP

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 181 of 305 PageID #:3488

**Send**

## Supplier's popular products








| cute 3d cartoon pvc bear coffee inspired keychain... | 3D PVC kawaii cute cartoon character hello... | 2022 luxury toddler kids girls pu leather hello kitty... | top fashion toddler kids silicone cartoon water... | 2D 3D cartoon pvc keyring llavero keychain lanyard... |
|---|---|---|---|---|
| **$0.89 - $1.10** | **$0.89 - $1.10** | **$1.87 - $2.07** | **$2.65 - $2.99** | **$1.20 - $2.00** |
| 10 sets (MOQ) | 10 sets (MOQ) | 10 pieces (MOQ) | 10 pieces (MOQ) | 10 pieces (MOQ) |

Not exactly what you want? 1 request, multiple quotations  Get Quotations Now >>

## Related Searches :

| | | |
|---|---|---|
| keychain | mk keychain | wood keychain |
| China wood keychain | China number keychain | China keychain hongkong |
| lego keychain | bear keychain | bee keychain |
| China helmet keychain | China mobile keychains | China keychain cell phone |
| owl keychain | pig keychain | nike keychain |
| China custom keychain | China dental keychains | China flip flop keychains |

Download :              Alibaba Supplier App :            Follow Us :  

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - ไทย - Türk - Nederlands - tiếng Việt - Indonesian

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091-4

2022/6/29

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 182 of 305 PageID #:3488

Cute Kawaii 3d Cartoon Brown French Bulldog Pvc Rubber Custom Designed Keychain Accessory Bag Pendant Wholesale French Bulldog Keychain 3d Soft Rubber Bulldog Key Chain,Keychain French Bulldog,Bulldog Cr...

20/20


Chat Now


Browsing History




TOP

 Alibaba.com Global trade starts here. **Buy Now**

**Trade Assurance** protects your Alibaba.com orders

| | |
|---|---|
| Shipping address | John Kim, (+1), 3124225122<br>1542 n bosworth ave, Chicago, Illinois, 60642, United States of America<br>Change Add an address |

Shenzhen Yitu Electronics Co., Ltd. Chat with the supplier

**cute kawaii 3d cartoon brown french bulldog creation designer keychain accessory safety self defense french bulldog keychain**

Color : 1 USD 1.11 / Piece 13 USD 14.43

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **13** Pieces in your cart.

Subtotal: **USD 14.43**

| | |
|---|---|
| Service provider | Seller's Shipping Method 1 |
| Shipping methods | EXPRESS |
| Incoterms | DAP (Delivered at Place) |
| Delivery timeline | Guaranteed dispatch within 7 days |

| | |
|---|---|
| Subtotal | USD 14.43 |
| Shipping fee | USD 30.00 |
| Payment Amount: | USD 44 |
| Tax: | USD 1 |
| Transaction Fee: | USD 1 |
| Exchange Rate: | -- |

Need Help?

**Payment in** USD **USD 47.30**

**Trade Assurance**

On-time Dispatch Guarantee
Pay now and guaranteed dispatch within 7 days.

Pay now

Payment Security:

Messenger 27





Payment        Dispatch        Received

CN        US

Lead time 7 days        Shipping time 5-10 working days

Shipping fee: **USD 30.00**

Sales Tax ⍰

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 1.49**

Payment Method

🔘 Credit/Debit Card **VISA** ●●

**Card Number**

**Name**

Given names      Surname

**Expiration Date**        **CVV / CSC**

MM  /  YY        👁

**Billing Address**

1542 n bosworth ave    ✕

Need Help?

Country / Region

| Please select ⌄ |

ZIP Code

City / Town

Input City/Town

☐ Save this card for next payment and accept the Alibaba.com Privacy Policy.

○ Other Payment Methods

Transaction Fee: ⑦ **USD 1.38**

Additional notes (optional)

Please fill in

0/2000

☑ I agree to share my business card with supplier.

Need Help?

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

78      Shenzhen Zhanss Technology Co., Ltd.

Case: 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 187 of 305 PageID #:3494

MENU

English - USD ⌄

☰ Categories

What are you looking for...

Cart

Home / All Industries / Gifts & Crafts / Key Chains / Other Key Chains



🔍 View larger image



☐ Add to Compare  ⬆Share

### Wholesale cute french bulldog keychain lanyard rhinestone pendant pendant dog keychain

| 1 - 4999 pieces | 5000 - 9999 pieces | >= 10000 pieces |
|---|---|---|
| $1.20 | $1.00 | $0.80 |

Color        **All 10 Options** ⌄

Samples: 

$1.20/piece   Min. Order : 1 piece   Buy Samples

Lead Time: ⓘ

| Quantity(pieces) | 1 - 10 | > 10 |
|---|---|---|
| Est. Time(days) | 7 | To Be Negotiated |

Customization:  ⚒ Alibaba.com build-in online customization   Customise Now
Customized logo (Min. Order 5000 pieces)
Customized packaging (Min. Order 5000 pieces)
More ⌄

Shipping:   Express   Sea freight • Land freight • Air freight

Protection:   Trade Assurance   Protects your Alibaba.com orders

Refund Policy

For product pricing, customization, or other inquiries:

✉ Contact Supplier

ⓘ Chat Now

**Shenzhen Zhanss Technology Co., ...**
Manufacturer,Trading Company,Distrib...
🇨🇳 CN 1�YR
On-time delivery r...
**100.0%**

💬 Messenger  27  ⌃

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 188 of 305 PageID #:3495

## You may also like

    

| | | | | |
|---|---|---|---|---|
| Geometric bulldog female exquisite cute car key… | Cute creative bulldog key chain car key pendant… | Wholesale Bulldog Key Chain Car Key Dog… | Small gifts wholesale… French fighting dog **Ready to Ship** | Ornaments birthday gifts go heart to give girlfriend… |
| **$0.80 - $1.20** | **$0.80 - $1.20** | **$0.80 - $1.20** | **$0.80 - $1.20** | **$0.80 - $1.20** |
| 2 pieces (MOQ) | 2 pieces (MOQ) | 2 pieces (MOQ) | 1 piece (MOQ) | 2 pieces (MOQ) |

### Alibaba.com Guarantee Delivery Survey
**Please tell us your procurement experience.**

Take the survey

**Product Details**  Company Profile

Report Suspicious Activity

Product Description    Specification    Production Process    Company Profile    Partner    Packing & Delivery    FAQ

## Overview

### Quick Details

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | ZHANSS |
| Model Number: | YSK003 | Plastic Type: | Resin |
| Type: | keychain | Material: | Resin |
| Metal Type: | Aluminum | Printing: | Silk screen printing |
| Print Method: | Multicolor | Size: | 4.4*5*16.4cm |
| Name: | Bulldog key chain | Color: | Blue, pink, black, red, khaki, green, light pink |

Messenger 27

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 189 of 305 PageID #:3496

| Feature: | Cute cartoon | Usage: | Car key chain, pendant |
|---|---|---|---|
| MOQ: | 1 | Logo: | Customized Logo Print |
| Weight: | 55.8g | OEM/ODM: | Warmly Welcomed |
| Design: | 2D/3D / Customer | Package: | Indivadual OPP Bag |

## Packaging & Delivery

Port         Yantian port

Lead Time⑦:

| Quantity(pieces) | 1 - 10 | >10 |
|---|---|---|
| Est. Time(days) | 7 | To be negotiated |

## Online Customization

Click the image below to start online customization for the design you want.



Customise Now

## Product Description



Messenger  27





Case: 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 191 of 305 PageID #:3498





2022/6/24 16:51 Wholesale Cute French Bulldog Keychain Lanyard Rhinestone Pendant Dog Keychain Buy Keychain Lanyard Keychain Wholesale Cute French Bulldog Keychain,Pendant Dog Keychain…

Case: 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 192 of 305 PageID #:3400





Messenger 27

Case: 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 193 of 305 PageID #:3500











Bulldog - Black          Bulldog - Red

Messenger    27

## Bulldog-khaki          Bulldog-Green



Exquisite accessories, leather rope made of PU leather, comfortable fabric leather,
fashion trend soft PVC rope, elastic without deformation

商品分类
COMMODITY CLASSIFICATION

 




**Bulldog – Pink**       **Bulldog – Black**



Messenger   27





**Bulldog – Red**  **Bulldog – Green**





**Bulldog – Blue**  **Bulldog – Light pink**



Case: 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 199 of 305 PageID #:3506





Messenger   27



## Specification

Messenger    27

| | |
|---|---|
| Name | Bulldog key chain |
| Type | YSK003 |
| Brand | ZHANSS |
| Color | Blue, pink, black, red, khaki, green, light pink |
| Feature | Cute cartoon |
| Usage | Car key chain, pendant |

## Production Process

Messenger 27







2022/6/24 16:51    Wholesale Cute French Bulldog Keychain-Lanyard,Custom Pendant Pendant Dog Keychain,Bulldog Keychain Lanyard Keychain Wholesale French Bulldog Keychain,Pendant Dog Keychai…

Case: 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 203 of 305 PageID #:3510





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 204 of 305 PageID #:3511





**Final Products**

## Company Profile



Messenger   27



2022/6/24 16:51          Wholesale Cute French Bulldog Keychain Lanyard Rhinestone Pendant French Dog Keychain Bag Keychain Lanyard Keychain Wholesale Cute French Bulldog Keychain,Pendant Dog Keychai…

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 206 of 305 PageID #:3513

## Partner






## Packing & Delivery







2022/6/24 16:51    Wholesale Cute French Bulldog Keychain Lanyard - Buy Keychain Lanyard,Keychain Lanyard,Wholesale Cute French Bulldog Keychain,Pendant Dog Keychai…

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 208 of 305 PageID #:3515



## FAQ

**Q1:There are many unqualified product in the mark, how can you make sure your quality control?**
A: 50 quality inspectors, strictly in accordance with international standards.

**Q2:How about your production capacity, and how can you make sure my goods would be delivery timely?**
A: Supply capacity: 2000000 pieces per month, more than 400 front-line employees, 3000 square meters of space, each four-storeybuilding.

**Q3:How about your design ability? Do you offer OEM service?**
A:we have our own design department, and have offer design service for thousands of cooperative partner. OEM accept and offer confidentiality agreemen "business secret contract" for your design safe.

**Q4:Can I place one small order for first time to test the quality?**
A:Small order are also welcomed, and we offer new customers 3% discount for first order and offer free sample.

**Q5:You have the ability to do independent research and development?**
A：Our engineering department has 7-10 peoples, we have research and development capabilities. We also collect regularly eachcustomer feedback, product improvement, and new product development. We also hold monthly new product launches.

**Q6: What will you provide services?**
A：If you do not mind, you can tell us the following information, you are factories, wholesalers, purchasing, dealers, consumers or do engineering, design, or home. We can provide a detailed explanation for you. You will also patiently



answered every question.We have established a customer complaint side, if you are not satisfied with our service, you can directly tell us via e-mail ortelephone. We answer all the questions for you.

## Send your message to this supplier

To:   leon lei

*Message:

> Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity:   | 1 |   | Piece/Pieces ▼ |

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.    **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

[ Send ]

## Supplier's popular products







| | | | | |
|---|---|---|---|---|
| Wholesale universal doll metal key creative French… | Cross border H button double sided wheat ear c… | Puppy French Fighting D… Creative Rope Female | Personalized Flight Embroidered Key Fob… | 2021 new couple niche… dog ornaments simple |
| | | Ready to Ship | | Ready to Ship |
| $0.80 - $1.20 | $0.76 - $0.85 | $0.80 - $1.20 | $0.44 - $0.50 | $0.80 - $1.20 |
| 1 piece (MOQ) | 2 pieces (MOQ) | 1 piece (MOQ) | 2 pieces (MOQ) | 1 piece (MOQ) |

Messenger   27   ⌃

Not exactly what you want? 1 request, multiple quotations **Get Quotations Now >>**

## Related Searches :

| | | |
|---|---|---|
| keychain | mk keychain | usb keychain |
| China discount keychain | China pvc soft keychain | China best led keychain |
| lego keychain | bear keychain | vw keychain |
| China blinking keychain | China bracelet keychain | China detector keychain |
| owl keychain | nike keychain | bmw keychain |
| China keychain importer | China festival keychain | China die cast keychain |

Download :

Alibaba Supplier App :

Follow Us :

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية اللغة - עברית - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

# Buy Now

| Shipping address | John Kim, (+1), 3124225122 |
| | 1542 n bosworth ave, Chicago, Illinois, 60642, United States of America |

Shenzhen Zhanss Technology Co., Ltd.                    Chat Now

Wholesale cute french bulldog keychain lanyard rhinestone pendant pendant dog keychain

Color : Blue A                    USD 1.20 / Piece          1          USD 1.20

Subtotal:  **USD 1.20**

| Service provider | Economy Parcels |
| | Alibaba.com | Logistics |
| Shipping methods | EXPRESS |
| Delivery timeline | Estimated delivery by 7/18-7/26 |

Payment                    Dispatch                    Received

Lead time 7 days    CN    Shipping time 10-15 working days    US

Alibaba.com | Logistics  cost-effective, efficient, and trackable.          Shipping fee:  USD 9.43

| Subtotal | USD 1.20 |
| Shipping fee | USD 9.43 |
| Payment Amount: | USD 10.63 |

Proceed to pay

Payment Security:



Messenger

| | |
|---|---|
| Sales Tax | According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more |

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 0.12**

Additional notes (optional)

Please fill in

0/2000

☐ I agree to share my business card with supplier.

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

Messenger

80    Suzhou Shengbei Electronic Technology Co., Ltd.

Fashion Bulldog Keychain Pu Leather Animal Dog Key Chain Holder Bag Charm Trinket Keyring Bulldog Accessories Punk Style Pen Pu Leather Dog Keychain,Bulldog Car Key ...



  

What are you looking for...

My Alibaba | Messages **27** | Orders | **Search** | Cart

Home > All Industries > Gifts & Crafts > Key Chains > Rubber Key Chains





▶ View larger image

⬆ Share

**Ready to Ship** | ✓ **In Stock** ✓ **Fast Dispatch**

Fashion Bulldog Keychain Pu Leather Animal Dog Key Chain Holder Bag Charm Trinket Keyring Bulldog Accessories Punk Style Pen

| 50 - 199 pieces | 200 - 499 pieces | 500 - 999 pieces | >=1000 pieces |
|---|---|---|---|
| **$1.33** | **$1.17** | **$1.01** | **$0.84** |

| Color : | | | | |
|---|---|---|---|---|
| | 1 | | $1.33 | − 61 + |
| | 2 | | $1.33 | − 0 + |
| | 3 | | $1.33 | − 0 + |

**All 10 Options** ⌄

Lead Time⑦:

| Quantity(pieces) | 1 - 1000 | 1001 - 10000 | >10000 |
|---|---|---|---|
| Est. Time(days) | 10 | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 5000 pieces)
Customized packaging(Min. Order: 5000 pieces)
More ⌄

Protection: 🛡 **Trade Assurance** Protects your Alibaba.com orders

✓ On-time Delivery Guarantee
✓ Refund Policy

61 pieces Details $8
Processing Time **10** day

Shipping $16
Seller's Shipping Meth
(UPS) Ch

Total $24
Guaranteed delivery **By**
(Compensation for delayed del



**Start Order**

📧 **Contact Supplier**

🛒 Add to cart

Chat Now

Browsing History

**Suzhou Shengbei Electronic Technolo**
Trading Company
🇨🇳 CN 2 YRS

Response Time On-time deliver
≤2h 95.1%

**You may also like**



💬 Messenger **27** ⌃

TOP

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 215 of 305 PageID #:3522







| | | | | |
|---|---|---|---|---|
| Fashion Bulldog Keychain Pu Leather Animal Dog K… | Cartoon PVC Schoolbag Pendant 3D Harry magic… | Castle Princess series key chain mermaid fashion… | Cute Kir by Kawaii Keychain Nin tendo Gam… | New Creative Gifts Leather Fashion Poodle Dog… |
| **$0.84 - $1.33** | **$0.85 - $1.25** | **$0.95 - $1.15** | **$0.78 - $1.23** | **$1.57 - $2.14** |
| 50 pieces (MOQ) | 50 pieces (MOQ) | 50 pieces (MOQ) | 40 pieces (MOQ) | 20 pieces (MOQ) |

**Product Details**    Company Profile        Report Suspicious Activity

Product Description    Packing & Delivery    Company Profile    FAQ

## Overview

### Quick Details

| | | | |
|---|---|---|---|
| Place of Origin: | Jiangsu, China | Brand Name: | SHENG BEI |
| Model Number: | BEIBEI20220412, bulldog Keychain | Plastic Type: | Silicone |
| Material: | resin, resin | Type: | Cartoon KeyChain, Cartoon keychain |
| Print Method: | Opp Bag | doll size: | 4.6*2.2*4.9 cm |
| Usage: | Advertising,promotion,gift,animation products etc | Packing: | OPP Bag |
| Printing: | Letterpress printing, Gravure printing, Silk screen printing | Weight: | 0.04kg |
| Wrist strap length: | 9.8cm | | |

### Packaging & Delivery

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 6X5X10 cm |
| Single gross weight: | 0.100 kg |
| Package Type: | In OPP bag Package<br>Outer Carton box package |


Chat Now


Browsing History

2022/6/29 Fashion Bulldog Keychain ... Leather Animal Dog Keychain Holder Bag Charm Breaker Keyring ... Pu Leather Dog Keychain,Bulldog Car Key ...

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 216 of 305 PageID #:3523

Picture Example: 

Lead Time:

| Quantity(pieces) | 1 - 1000 | 1001 - 10000 | >10000 |
|---|---|---|---|
| Est. Time(days) | 10 | 15 | To be negotiated |

### Recommended by seller









Cute Popping Boba Tea ...

**$1.46 - $1.87** / piece

50 pieces

Wholesale Custom Black...

**$2.40 - $3.32** / piece

200 pieces

Autumn Winter Sweet H...

**$7.68 - $9.58** / piece

20 pieces

2021 New Spring Good q...

**$8.54 - $9.24** / piece

2 pieces



Chat Now



Browsing History

# Product Description





TOP

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 217 of 305 PageID #:3524




Chat Now


Browsing History




TOP

Case 1:24-cv-04081-Document #:23-2 Filed: 08/23/24 Page 218 of 305 PageID #:3525





Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 219 of 305 PageID #:3526




Chat Now


Browsing History




TOP




Chat Now


Browsing History




TOP




Chat Now


Browsing History




TOP




Chat Now


Browsing History




TOP

Case 1:24-cv-04081-Document #:23-2 Filed: 08/23/24 Page 223 of 305 PageID #:3530




Chat Now


Browsing
History




TOP




Chat Now


Browsing History




TOP




Chat Now


Browsing History




TOP

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 226 of 305 PageID #:3533




Chat Now


Browsing History

| Style | Cartoon Toy, MODEL TOY |
|---|---|
| Place of Origin | China |
| | Jiangsu |




TOP

2022/6/29    Fashion Bulldog Keychain Pu Leather Animal Dog Keychain Holder Bag Charm Braker Keyring Bulldog Accessories Pack Style 50% Buy Bulldog Keychain Pu Leather Dog Keychain,Bulldog Car Key ...

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 227 of 305 PageID #:3534

| Brand Name | SHENG BEI |
| --- | --- |
| Model Number | BEI BEI20210920 |
| Color | Picture Shown |
| Package | OPP Card Bag |

## Packing & Delivery



In OPP bag Package
Outer Carton box package

## Company Profile



Suzhou Shengbei Electronic Technology Co., Ltd specialize in manufacturing and selling Toys, plush toys,plush toy doll,Phone accessories, game machine accessories, such as phone cases, wireless chargers, bluetooth products, bill




Chat Now

Browsing History




TOP

2022/6/29    Fashion Bulldog Keychain Pu Leather Animal Dog Key Chain Holder Bag Charm Snaker Keyring Bulldog/doberiager Pu Dog Style Bag Pendant Keychain Pu Leather Dog Keychain,Bulldog Car Key …

Case 1:24-cv-04083-Document #:23-2 Filed: 08/23/24 Page 228 of 305 PageID #:3535

acceptor, game mahine parts, etc ,

Our company implements 3TTQC system (Technology system, Training System, Quality System, Customer System) to enable larger manufacturing capacity, qualified and reliable products, on-time delivery, competitive prices and perfect customer service to truly meet customers' demands.

## FAQ

**1. who are we?**
We are based in Jiangsu, China, start from 2021,sell to North America(20.00%),Central America(10.00%),Western Europe(10.00%),Eastern Asia(10.00%),Oceania(10.00%),Africa(10.00%),Southeast Asia(10.00%),Eastern Europe(10.00%),South America(10.00%). There are total about 11-50 people in our office.

**2. how can we guarantee quality?**
Always a pre-production sample before mass production;
Always final Inspection before shipment;

**3.what can you buy from us?**
Plush toy,Children's toys,Kits,Cartoon toys,PVC Toy

**4. why should you buy from us not from other suppliers?**
Trading Company, Agent, Distributor/Wholesaler
Customer orientation,Services to the global.

**5. what services can we provide?**
Accepted Delivery Terms: FOB,CFR,CIF,EXW ;
Accepted Payment Currency:USD,EUR,JPY,CAD,AUD,GBP,CNY;
Accepted Payment Type: T/T,L/C,Credit Card,Western Union;
Language Spoken:English,Chinese,Spanish,Japanese,Portuguese,German,French,Russian,Korean,Hindi,Italian

**Send your message to this supplier**

To:    Yao Yao


Chat Now


Browsing History




TOP

Fashion Bulldog Keychain Pu Leather Animal Dog Key Chain Rubber Bag Charm Trinket Keyring Bulldog Accessories Package Style Size Pu Leather Dog Keychain,Bulldog Car Key ...



*Message: [Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.]

For better quotations,
include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity: [50] [Piece/Pieces ▼]

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. 🔶 **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

**Send**

## Supplier's popular products


super sonic toy Carton plush toy
**$2.10 - $2.50**
20.0 pieces (MOQ)


Popular Anime Dragon Balls Collection Cards Bo...
**$6.00 - $35.00**
5 boxes (MOQ)


High quality personalized custom silicone rubber...
**$0.65 - $1.55**
50 pieces (MOQ)


Foxi Plush Fnaf Five Nights at Freddy s...
**$2.25 - $2.45**
50 pieces (MOQ)


Custom Trendy Rick and Morty Hoodies Digital Pri...
**$6.68 - $8.68**
5 pieces (MOQ)

Chat Now

Browsing History

Not exactly what you want? 1 request, multiple quotations Get Quotations Now >>

## Related Searches :

| | | |
|---|---|---|
| lego keychain | bear keychain | pig keychain |
| China wood keychain | China number keychain | China keychain hongkong |
| mk keychain | nike keychain | bee keychain |
| China helmet keychain | China mobile keychains | China keychain cell phone |
| owl keychain | bmw keychain | jeep keychain |
| China custom keychain | China dental keychains | China flip flop keychains |



TOP

Download :  

Alibaba Supplier App : 

Follow Us :

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Chat Now

Browsing History

TOP


**Buy Now**

💰 **Trade Assurance** protects your Alibaba.com orders

Shipping address | John Kim, (+1), 3124225122
1542 n bosworth ave, Chicago, Illinois, 60642, United States of America

Change   Add an address

---

Suzhou Shengbei Electronic Technology Co., Ltd. | 🔵 Chat with the supplier

**Fashion Bulldog Keychain Pu Leather Animal Dog Key Chain Holder Bag Charm Trinket Keyring Bulldog Accessories Punk Style Pen**

Color : 🖼 1

USD 1.33 / Piece ⓘ    − 61 +    USD 81.13

Customization Service

The minimum quantity required for customization options is **5000 Pieces**.
You currently have **61** Pieces in your cart.

Subtotal:  **USD 81.13**

---

Service provider | **Seller's Shipping Method 1 (UPS)** ⌄
Shipping methods | 🚚 EXPRESS
Incoterms | DAP (Delivered at Place) ❓
Delivery timeline | **Guaranteed delivery by 7/26**

---

Subtotal | USD 81.13
Shipping fee | USD 160.00

Payment Amount: | USD 241.13
Tax: | USD 8.31
Transaction Fee: | --

**Payment in --** | **--**

🏅 Trade Assurance
✅ **On-time Delivery Guarantee**
Pay now and get them before 7/26.

🛡 **Proceed to pay**

Payment Security: ✅ PCI

💬 Messenger ⌃

Compensation for delayed delivery

| Payment | Dispatch | Received |
|---------|----------|----------|
| | CN | US |
| Lead time 10 days | | Shipping time 10-15 working days |

Shipping fee: **USD 160.00**

---

Sales Tax (?)

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

(i) If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 8.31**

---

Payment Method

◉ Credit/Debit Card VISA

○ Other Payment Methods

Transaction Fee: (?) --

---

Additional notes (optional)

Please fill in

0/2000



☑ I agree to share my business card with supplier.

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号  浙B2-20120091-4

85      Xingyue (Guangzhou) Trading Co., Ltd.

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/28/24 Page 235 of 305 PageID #:3542

MENU                                                                                    English - USD ⌄

≡ Categories                                                                              Cart

⌄

What are you looking for...

Home  >  All Industries  >  Gifts & Crafts  >  Key Chains  >  Other Key Chains      Subscribe to Trade Alert



View larger image



⬚Share

Ready to Ship      ⬚ In Stock  ⬚ Fast Dispatch

### New Luxury Car Interior Accessories French Bulldog Resin Rubber Plastic Key Chains for Girls

| 2 - 99 pieces | 100 - 499 pieces | >=500 pieces |
|---|---|---|
| **$1.80** | **$1.20** | **$0.99** |

Benefits:     Quick refunds on orders under US $1,000   Claim now ⬚

Color :

|  |  |  | 0 |  |
|---|---|---|---|---|
|  | Black | $1.80 | 0 |  |
|  |  | $1.80 | 0 |  |

All 5 Options ⬚

Lead Time⬚:

| Quantity(pieces) | 1 - 50 | 51 - 500 | 501 - 1000 | >1000 |
|---|---|---|---|---|
| Est. Time(days) | 7 | 12 | 15 | To be negotiated |

Customization:   Customized logo(Min. Order: 1000 pieces)
                 Customized packaging(Min. Order: 1000 pieces)
                 More ⬚

Protection:   **Trade Assurance**   Protects your Alibaba.com orders

---

The minimum order quantity is 2 pieces
0/2 pieces                from **$3.60**
                 Processing Time **7** days ⬚

Shipping                 from **$17.77**
Ocean Freight (<20kg)  Change
           **Alibaba**.com Logistics

Estimated delivery**8/15-9/6** ⬚

Start Order

⬚ Contact Supplier

☎ Call us

⬚ Add to cart

---

**Xingyue (Guangzhou) Trading Co., Ltd.**
CN   **3** YRS

Response Time        On-time delivery rate
**≤2h**                **96.8%**

121 Transactions
**60,000+**

2022/6/24 22:34

New Luxury Car Interior Accessories French Bulldog Resin Plastic Girls Car Key Chains Plastic Key Chains Key Chains Product on Alibaba.com

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/28/24 Page 236 of 305 PageID #:3543

Refund Policy

## You may also like











| | | | | |
|---|---|---|---|---|
| New Luxury Car Interior… Accessories French | Car perfume luxury rearview mirror pendant… | Essential Oil Diffuser… Empty Glass Bottle | 2.75 inch Amazon… Rhinestone resin Bling | ABS General Decorative… auto One-Click Key Ignition |
| Ready to Ship | | Ready to Ship | Ready to Ship | Ready to Ship |
| $0.99 - $1.80 | $2.90 - $4.90 | $1.39 - $2.00 | $0.39 - $0.59 | $0.99 - $2.00 |
| 2 pieces (MOQ) | 20 pieces (MOQ) | 2 pieces (MOQ) | 1 piece (MOQ) | 1 piece (MOQ) |

## Alibaba.com Guarantee Delivery Survey
**Please tell us your procurement experience.**

Take the survey

---

**Product Details**     Company Profile

Report Suspicious Activity

Specification    Product Description    Packing & Delivery    Company Profile

## Overview

**Quick Details**

| | | | |
|---|---|---|---|
| Place of Origin: | Guangdong, China | Brand Name: | Xingyue |
| Model Number: | XY-YQ067 | Plastic Type: | Resin |
| Type: | Keychain | Material: | Plastic |



Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 237 of 305 PageID #:3544

| | | | |
|---|---|---|---|
| Metal Type: | Iron/Zinc Alloy | Printing: | Silk screen printing, Digital printing |
| Print Method: | 4 color | Color: | Blue/Red/Pink/Black/Green |
| Product name: | Bulldog key chain | Packing: | Opp Bag |
| MOQ: | 2pcs | Style: | Fashion |
| Sample: | 2-4 days | Payment: | 1.T/T 2.Western Union 3.Paypal |
| Lead time: | 3-10 Days | Delivery time: | 5-10 Working Days |
| Quality: | High-quality | | |

**Packaging & Delivery**

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 5X15X5 cm |
| Single gross weight: | 0.050 kg |
| Package Type: | opp bag+ carton outside |
| Picture Example: |  |

Lead Time :

| Quantity(pieces) | 1 - 50 | 51 - 500 | 501 - 1000 | >1000 |
|---|---|---|---|---|
| Est. Time(days) | 7 | 12 | 15 | To be negotiated |

# Specification

| | |
|---|---|
| Place of Origin | China |
| | Guangdong |
| Brand Name | Xingyue |
| Model Number | XY-YQ067 |
| Plastic Type | Resin |
| Type | Keychain |
| Material | Plastic |
| Metal Type | Iron/Zinc Alloy |
| Printing | Silk screen printing, Digital printing |

2022/6/24 22:34

| Print Method | 4 color |
| --- | --- |
| Color | Blue/Red/Pink/Black/Green |
| Product name | Bulldog key chain |
| Packing | Opp Bag |
| MOQ | 2pcs |
| Style | Fashion |
| Sample | 2-4 days |
| Payment | 1.T/T 2.Western Union 3.Paypal |
| Lead time | 3-10 Days |
| Delivery time | 5-10 Working Days |
| Quality | High-quality |

## Product Description







## Commodity information



Product name: Resin Bulldog Pendant

Commodity material: environmental protection PVC+hardware

Commodity style: 10 styles

Product weight: as shown in the figure below

Product size: as shown in the picture below

Product packaging: OPP bag packaging

Commodity use: keychains, pendants, accessories



Body width 2.2CM
Weighs about 40.3 g

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/28/24 Page 242 of 305 PageID #:3549



9.8cm in length

Height 4.9cm

Length 4.6cm

2.0cm in width

Manual measurement, there is an error of 1-2cm

## Show details



Preferred P
Cute and cu
Make peopl

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/28/24 Page 243 of 305 PageID #:3550



## Positive display

VC material, soft and comfortable texture, clear expression

te animal images, vividly portrayed

e love it

I AND PURE WHITE, YOUR BEAUTY IS INVINCIBLE.

I A PAIR OF WHITE SHOES.

The doll is made of high-quality environmentally fri

Non-toxic, odorle

e back of the display

YOUR FRESH AND PURE WHITE, YOUR
BEAUTY IS INVINCIBLE. GIVE YOU A PAIR OF WHITE SHOE









Exquisite accessories, leather rope is made of pu leather
Comfortable fabric leather, English letters printing
Fashion trend, details show quality, soft pvc soft tape
Good flexibility and invariability English letters are printed on the surface
Fight the dog with the French, corresponding to the doll

## Categories

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/28/24 Page 245 of 305 PageID #: 3552



B-7-6-7*Bulldog-Pink



B-7-6-5*Bulldog-Black



B-7-6-6*Bulldog-Red



B-7-6-4*Bulldog-Green





D-2-1-6* Generation Bulldog-Royal Blue    D-2-1-7* Generation Bulldog-Pink





D-2-1-2*I Bulldog-Black    D-2-1-5*I Bulldog-Red





D-2-1-4*I Bulldog-Khaki

D-2-1-3*The First Generation Bulldog-Green

Product showcase



CREATIVE CARTOON BULLDOG KEY SHADOW KEYCHAIN/PENDANT

RESIN TECHNOLOGY / FEEL COMFORTABLE, ENVIRONMENTALLY FRIENDLY AND HEALTHY

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/28/24 Page 248 of 305 PageID #:3555



## COMPANY PROFILE

Established in 2015, Xingyue (Guangzhou) Trading Co., Ltd. is specialized in R&D, manufacturing and sales of auto interior accessories.As a leading provider of car fittings, XingYue products include steering wheel cover,car organizers,phone holder, car freshener,tissue box,shoulder pad,armrest cushion,etc.. It is equipped with hundreds of sewing machines, embroidery machines and a foam bonding machine, which can fully meet different needs of customers.Products are shipped to Australia,USA,Germany,UK Middle East and many other countries and regions,received a good reputation. Xingyue will continue win-win cooperation with its clients and partners worldwide.

## WORKSHOP






## OFFICE & WAREHOUSE



## PACKAGE



Biggest

Carton

Size: customized is
acceptable

Material:3 layers high
quality corrugated carton

Logo:customized



| Model | L*W*H (mm) | Model | L*W*H (mm) |
|-------|-----------|-------|-----------|
| 1 | 530*290*370 | 2 | 530*230*290 |
| 3 | 430x210x270 | 4 | 350x190x230 |
| 5 | 290x170x190 | 6 | 260x150x180 |
| 7 | 230x130x160 | 8 | 210x110x140 |
| 9 | 195x105x135 | 10 | 175x95x115 |
| 11 | 145x85x105 | 12 | 130x80x90 |

# OUR SERVICE

## Experience
- Decades of professional experience
- The world's largest auto supplies manufacturer

## Advanced equipment
- Hundreds of different machines
- Can meet the different needs of customers

## Have many partners
- Customers all over the world
- High praise and absolute recognition from customers

| Color: | Customized is accepted |
|---|---|
| Package : | Opp bag inside,corrugated carton outside(Customized is accepted) |
| MOQ: | 10pcs |
| Sample: | Available |
| Special requirement: | All can be made as the customer required |
| Delivery time: | To be negotiated |

## Packing & Delivery

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/28/24 Page 254 of 305 PageID #:3561



opp bag+ carton outside

## Company Profile



Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 255 of 305 PageID #:3562

### Send your message to this supplier

To: Overseas Department Lee

*Message:

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

> For better quotations, include:
> - A self introduction
> - Special requests, if any

Your message must be between 20-8000 characters

Quantity: 2 | Acre/Acres ▾

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

[ Send ]

## Frequently bought together







| | | | | |
|---|---|---|---|---|
| NOS bottle Turbocharger Car Perfume Air Freshen… | New Diamond Leather… Steering Wheel Cover with | Aroma Diffuser Smell… Remove Filter Deodorant | Shiny Key Keyless Remo… Swan FOB Case Key | Bling Charms Interior… Decor Rhinestone |
| | Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship |
| **$1.39 - $1.80** | **$3.50 - $5.00** | **$2.35 - $3.00** | **$3.00 - $4.00** | **$0.49 - $1.50** |
| 2 pieces (MOQ) | 10 pieces (MOQ) | 20 pieces (MOQ) | 2 pieces (MOQ) | 2 pieces (MOQ) |

## Supplier's popular products

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 256 of 305 PageID #:3563







Wholesale Cute…
Accessories Mini Car Part
Ready to Ship
**$0.43 - $0.85**
5 pieces (MOQ)

Different Car logos luxury
rear view mirror pendant…
**$2.90 - $4.90**
20 pieces (MOQ)

Interior Charm Short plu…
Rainbow white Green Blue
Ready to Ship
**$0.49 - $5.00**
5 pieces (MOQ)

Diamond Custom Wheel
Protector Universal Fit 1…
**$1.90 - $2.90**
5 pieces (MOQ)

Crystal Diamond Sparkli…
Car SUV Wheel Protector
Ready to Ship
**$0.49 - $7.80**
2 pieces (MOQ)

Not exactly what you want? 1 request, multiple quotations   Get Quotations Now >>

## Related Searches :

| | | |
|---|---|---|
| value chain | anchor chain | kana chain |
| China snow chain | China value chain | China heavy duty chain |
| snow chain | link chain | tire chains |
| China steel chain | China large chains | China chain repair links |
| plastic chain | metal chain | bronze chain |
| China boom chains | China decorative chain | China plastic chain cover |

Download :   Alibaba Supplier App :   Follow Us :

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - עברית - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

## Buy Now

**Trade Assurance** protects your Alibaba.com orders

Shipping address

John Kim, (+1), 3124225122
1542 n bosworth ave, Chicago, Illinois, 60642, United States of America

Xingyue (Guangzhou) Trading Co., Ltd.

New Luxury Car Interior Accessories French Bulldog Resin Rubber Plastic Key Chains for Girls

Color : Blue

USD 1.80 / Piece ⓘ       —  2  +       USD 3.60

Customization Service

The minimum quantity required for customization options is **1000** Pieces.
You currently have **2** Pieces in your cart.

Subtotal: **USD 3.60**

Service provider        Ocean Freight (<20kg) ⌄

Alibaba.com | Logistics

Shipping methods       EXPRESS

Incoterms              DAP (Delivered at Place) ⍰

Delivery timeline      Guaranteed dispatch within 7 days

Payment                          Dispatch                  Received

Subtotal                                    USD 3.60
Shipping fee                                USD 17.77

Payment Amount:                             USD 21.37

Trade Assurance

⊘ On-time Dispatch Guarantee
Pay now and guaranteed dispatch within 7 days.

Proceed to pay

Payment Security:

Lead time 7 days

CN

Shipping time 30-45 working days

US

Alibaba.com | Logistics   cost-effective, efficient, and trackable.

Shipping fee:  USD 17.77

Sales Tax ⓘ

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ⓘ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax **USD 0.37**

Additional notes (optional)

Please fill in

0/2000

✓ I agree to share my business card with supplier.

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2022 Alibaba.com. All rights reserved.    浙公网安备 33010002000092号   浙B2-20120091-4

125     Yiwu Tuoying Technology Co., Ltd.

2022/6/24 21:10

Factory Price Cartoon Series Cartoon Bulldog Figures Keychain Mini Dog Action Figures Key Chain - Buy Control Bulldog Figures, Key Chain, Custom 3d Keychains Product on Alibaba.c...

Case 1:24-cv-04081 Document #: 29-1 Filed: 08/23/24 Page 261 of 305 PageID #:3568

MENU

English - USD ⌄

☰ Categories

⌄

What are you looking for...

Home > All Industries > Gifts & Crafts > Key Chains > Rubber Key Chains



View larger image

 Share

Ready to Ship  ✔ In Stock ✔ Fast Dispatch

### Factory Price Cartoon Series Cartoon Bulldog Figures Keychain Mini Dog Action Figures Key Chain

| 30 - 199 pieces | 200 - 499 pieces | 500 - 999 pieces | >=1000 pieces |
|---|---|---|---|
| **$1.30** | **$0.90** | **$0.80** | **$0.72** |

Color :

| | | | | |
|---|---|---|---|---|
| | 1 | $1.30 | 0 | |
| | 2 | $1.30 | 0 | |
| | 3 | $1.30 | 0 | |

All 5 Options ⌄

| Lead Time⑦: | Quantity(pieces) | 1 - 200 | >200 |
|---|---|---|---|
| | Est. Time(days) | 15 | To be negotiated |

Protection: Trade Assurance  Protects your Alibaba.com orders

Refund Policy

The minimum order quantity is 30 pieces
0/30 pieces          from **$39.00**
Processing Time 15 days ⓘ

Shipping          from **$45.04**
UPS-Expedited Change

**Alibaba**.com Logistics

Estimated delivery**7/25-7/29** ⓘ

Start Order

✉ Contact Supplier

🛒 Add to cart

**Yiwu Tuoying Technology Co., Ltd.**
Trading Company
CN    **2 YRS**

Response Time    On-time delivery rate
**≤2h**            **100.0%**

58 Transactions
**40,000+**

## You may also like

Factory Price Cartoon Series Cartoon Bulldog Figures Keychain Mini Dog Cartoon Figures Keychain 4pur Custom Pu2r of Keychain Jagerby Keychains Custom 3d Keychains Product on Alibaba.c...







Cute Colorful Cartoon Do...
Bulldog Plastic Key Ring

**Ready to Ship**

**$0.95 - $2.00**

30 pieces (MOQ)

Factory Price Cartoon...
Series Cartoon Bulldog

**Ready to Ship**

**$0.72 - $1.30**

30 pieces (MOQ)

New Cartoon Key Chain...
PVC Giraffe Funny Toy

**Ready to Ship**

**$0.80 - $1.50**

30 pieces (MOQ)

Cheap high quality custo...
zinc alloy metal smart car

**Ready to Ship**

**$1.25 - $2.00**

30 pieces (MOQ)

New camel keyring...
Rhinestone camel

**Ready to Ship**

**$0.90 - $2.00**

24 pieces (MOQ)

## Alibaba.com Guarantee Delivery Survey
**Please tell us your procurement experience.**

Take the survey

---

**Product Details**     Company Profile

Report Suspicious Activity

## Overview

**Quick Details**

| | | | |
|---|---|---|---|
| Place of Origin: | Zhejiang, China | Brand Name: | TY |
| Model Number: | TY--CK039 | Plastic Type: | PVC |
| Material: | Rubber, rubber | Metal Type: | ALLOY |
| Color: | multi | Size: | like the pictures |
| Logo: | no | Product name: | Promotion Gift |
| Packing: | bulk packing | MOQ: | 100 piece |
| Weight: | 80g | Keyword: | keychain |
| Fuction: | gifts | | |

**Packaging & Delivery**

Selling Units:     Single item




| Single package size: | 10X3X10 cm |
|---|---|
| Single gross weight: | 0.080 kg |
| Package Type: | bulk packing   100 piece:8kg |

Lead Time⑦:

| Quantity(pieces) | 1 - 200 | >200 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

## Product Properties

| Product Name | keychain |
|---|---|
| Size | free size |
| Material | rubber |
| Colour | multi |
| Package | opp bag |
| Logo | no |
| Delivery time | Depend on quantity |
| Sample  Time | About 7 working days |

## Product Display

Case 1:24-cv-04081-Document #: 29-2 Filed: 08/23/24 Page 264 of 305 PageID #:3571



Case 1:24-cv-04861 Document #: 29-2 Filed: 08/23/24 Page 265 of 305 PageID #:3572





2022/6/24 21:10    Factory Price Cartoon Series Cartoon Bulldog Figures Keychain Mini Dog Cartoon Figures Keychain Luxury Leather Keychain Bag Key Keychains Custom 3d Keychains Product on Alibaba.c…

Case: 1:24-cv-04691 Document #: 39-2 Filed: 08/23/24 Page 266 of 305 PageID #:3573





Case: 1:24-cv-04681 Document #: 29-2 Filed: 08/23/24 Page 268 of 305 PageID #:3575





2022/6/24 21:10    Factory Price Cartoon Series Cartoon Bulldog Figures Keychain Mini Dog Cartoon Figures Key Chain 3d Cute Dog Keychain, Custom 3d Keychains Product on Alibaba.c...

Case 1:24-cv-04061-Document #: 29-2 Filed: 08/23/24 Page 269 of 305 PageID #:3576





Case 1:24-cv-04081 Document #: 29-2 Filed: 08/23/24 Page 271 of 305 PageID #:3578





Case 1:24-cv-04081 Document #: 29-2 Filed: 08/23/24 Page 273 of 305 PageID #:3580



**Company Profile**

2022/6/24 21:10    Factory Price Cartoon Series Cartoon Bulldog Figures Keychain Mini Dog Action Figures Key Chain 4 Ring Pendant Keychain Property Keychains Custom 3d Keychains Product on Alibaba.c...

TUO YING  Co.,Ltd started in 2010,focusing on manufacturing Toys and outdoor  products. Our product category mainly includes wood toys, Fitness, Outdoor Products and etc.

We are confident in our order quality control and ensure it arrive at customers' warehouse safely. You shall be no worry about consumers' claim, because we will take responsible for products even after shipment.

It is a permanent mission to offer one-stop service from manufacture to retail for each client. Customer satisfaction is our biggest motivation to move on.



Case 1:24-cv-04081-Document #: 29-2 Filed: 08/23/24 Page 275 of 305 PageID #:3582

# COMPANY INFORMATION






2022/6/24 21:10 Factory Price Cartoon Series Cartoon Bulldog Figures Keychain Mini Dog Custom 3d Keychains Custom 3d Keychains Product on Alibaba.c…

Case 1:24-cv-04081-Document #: 29-1 Filed: 08/23/24 Page 276 of 305 PageID #:3583

# CERTIFICATES









2022/6/24 21:10　　Factory Price Cartoon Series Cartoon Bulldog Figures Keychain Mini Dog Action Figures Key Chain 4 Star Toy Keychain,Factory Custom 3d Keychains Product on Alibaba.c…

Case 1:24-cv-04661-Document #: 29-2 Filed: 08/23/24 Page 277 of 305 PageID #:3584













## Send your message to this supplier

**To:** Doris TY

**\*Message:** 

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

**Quantity:** 30    Piece/Pieces ▾

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.    **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

[ Send ]

2022/6/24 21:10    Factory Price Cartoon Series Cartoon Bulldog Figures Keychain Mini Dog Chain Figure Key Chain 4 Buy Agent Custom 3d Keychains Product on Alibaba.c...

Case 1:24-cv-04081-Document #: 29-1 Filed: 08/23/24 Page 280 of 305 PageID #:3587

## Supplier's popular products











| | | | | |
|---|---|---|---|---|
| Amazon Hot Sale China Supply Bulk Cheap... | Baby mosquito net with sleeping pad pillow... | 8mm square plastic dice board game accessories | Wholesale and Manufacture eye mask fo... | Direct selling Gold leaf decorative arts and crafts... |
| **$0.85 - $1.30** | **$2.70 - $4.50** | **$0.02 - $0.05** | **$0.08 - $0.13** | **$2.60 - $3.60** |
| 100 pieces (MOQ) | 10.0 pieces (MOQ) | 10000 pieces (MOQ) | 500 pieces (MOQ) | 30.0 pieces (MOQ) |

Not exactly what you want? 1 request, multiple quotations  **Get Quotations Now >>**

### Related Searches :

| | | |
|---|---|---|
| keychain | owl keychain | pig keychain |
| China diy keychain | China gel keychain | China keychain tool |
| lego keychain | bear keychain | wood keychain |
| China pla keychain | China palm keychain | China duck keychain |
| soft toy keychains | mk keychain | pvc keychain |
| China men keychain | China keychains for | China a.1. keychain |

Download :                    Alibaba Supplier App :                    Follow Us :

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية اللغة - עברית‏ישראל - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Case: 1:24-cv-04003 Document #: 23-2 Filed: 08/23/24 Page 281 of 305 PageID #:3528

## Buy Now

**Trade Assurance** protects your Alibaba.com orders

Shipping address

John Kim, (+1), 3124225122
1542 n bosworth ave, Chicago, Illinois, 60642, United States of America

| | |
|---|---|
| Subtotal | USD 39.00 |
| Shipping fee | USD 45.04 |
| Payment Amount: | USD 84.04 |

Proceed to pay

Payment Security:

Yiwu Tuoying Technology Co., Ltd.

Factory Price Cartoon Series Cartoon Bulldog Figures Keychain Mini Dog Action Figures Key Chain

Color :  1          USD 1.30 / Piece ⓘ    — 30 +    USD 39.00

Subtotal: **USD 39.00**

| | |
|---|---|
| Service provider | UPS Expedited ⌄ |
| | Alibaba.com Logistics |
| Shipping methods | EXPRESS |
| Incoterms | DAP (Delivered at Place) ⓘ |
| Delivery timeline | Estimated delivery by 7/25-7/29 |

| Payment | Dispatch | Received |
|---|---|---|
| Lead time 15 days | CN    Shipping time 11-15 working days | US |



**Alibaba.com** | Logistics  cost-effective, efficient, and trackable.

Shipping fee: USD 45.04

Sales Tax  

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

ℹ️ If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  **USD 4.00**

Additional notes (optional)

Please fill in

0/2000

✓ I agree to share my business card with supplier.

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

137     Yuanhong Garment Accessory Co., Ltd.

Fashion Punk French Bulldog Keychain Pu Leather Dog Keychains For Women Bag Jewelry Buy Fashion Punk French Bulldog Keychains,Red French Bulldog Keychain...



New arrival samples from US $1 | For Gold Buyers and above    Explore now

 .com

Products ⌄ | What are you looking for...    🔍 Search

My Alibaba | Messages 27 | Orders | Cart

Home / All Industries / Gifts & Crafts / Key Chains / Rubber Key Chains





▶ | 🔳🔳 

View larger image

⬆ Share

**Ready to Ship** • In Stock • Fast Dispatch

Fashion Punk French Bulldog Keychain PU Leather Dog Keychains for Women Bag Jewelry

4 buyers

| 10 - 49 pieces | 50 - 99 pieces | 100 - 499 pieces | >=500 pieces |
| --- | --- | --- | --- |
| $1.48 | $1.28 | $1.08 | $0.88 |

| Color : | | | |
| --- | --- | --- | --- |
| 🖼 | 1 | $1.48 | − 0 + |
| 🖼 | 2 | $1.48 | − 0 + |
| 🖼 | 3 | $1.48 | − 0 + |

**All 9 Options** ⌄

Samples: 🖼
$2.00 (Min. Order) 1 piece | Buy Samples

Lead Time ⓘ

| Quantity(pieces) | 1 - 500 | 501 - 1000 | 1001 - 5000 | >5000 |
| --- | --- | --- | --- | --- |
| Est. Time(days) | 10 | 12 | 14 | To be negotiated |

Customization: ✂ Alibaba.com build-in online customization  Customise Now
Customized logo(Min. Order: 3000 pieces)
Customized packaging(Min. Order: 3000 pieces)
More ⌄

Protection: 🛡 Trade Assurance  Protects your Alibaba.com orders
☑ Refund Policy

The minimum order quantity is 10 pieces
0/10 pieces    from **$14.80**
Processing Time **10 days** ⓘ

Shipping    from **$10.45**
Economy Parcels via YW  Change
Alibaba.com Logistics

**Guaranteed delivery By 7/28**
(Compensation for delayed delivery)

**Start Order**

✉ Contact Supplier

📞 Call us

🛒 Add to cart



**Yuanhong Garment Accessory Co., Ltd.**
Manufacturer,Trading Company
🇨🇳 CN  18 YRS

Response Time    On-time delivery rate
≤4h             89.7%

297 Transactions
130,000+

Chat Now

Browsing History

**You may also like**






| Fashion Punk French... Bulldog Keychain PU | JDM Bride Wrist Palm... Lanyard Car Keychain | Heat Transfer JDM Racin... Car Modified Style Wrist | Japanese Motorcycle... Strap Key Ring Metal | Embroidery Pattern... Remove Pilot Before Flight |
|---|---|---|---|---|
| Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship | Ready to Ship |
| $0.88 - $1.48 | $0.78 - $1.18 | $0.68 - $1.18 | $0.61 - $1.06 | $0.28 - $0.68 |
| 10 pieces (MOQ) | 20 pieces (MOQ) | 20 pieces (MOQ) | 20 pieces (MOQ) | 100 pieces (MOQ) |



**Alibaba.com Guarantee Delivery Survey**
Please tell us your procurement experience.

Take the survey



Chat Now

Browsing History

**Product Details**    Company Profile    Transactions                    Report Suspicious Activity

Product Description    Company Introduction    Exhibition    Certifications    OEM Information

## Overview

### Quick Details

| | | | |
|---|---|---|---|
| Place of Origin: | Fujian, China | Brand Name: | YUANHONG |
| Model Number: | YH001 | Plastic Type: | PVC |
| Type: | Carabiner Keychain | Material: | Rubber, plastic |
| Metal Type: | Zinc Alloy | Printing: | Digital printing |
| Print Method: | Full colors | Size: | 9.8CM |
| Item: | Red French Bulldog Keychain | Accessories: | leather strap |
| Mini order: | 10pcs | Usage: | Promotional Gift |
| Packing: | Opp Bag | Delivery time: | ready to ship |
| Payment term: | Paypal.Western Union.Trade Assurance.T.T | | |

### Packaging & Delivery

| | |
|---|---|
| Selling Units: | Single item |
| Single package size: | 1X1X1 cm |
| Single gross weight: | 0.050 kg |
| Package Type: | 100pcs/polybag; 1,000pcs/CTN(48*28.5*26CM); |


TOP

You can have individual packing or other special packing

Lead Time(?):

| Quantity(pieces) | 1 - 500 | 501 - 1000 | 1001 - 5000 | >5000 |
|---|---|---|---|---|
| Est. Time(days) | 10 | 12 | 14 | To be negotiated |

## Online Customization

Click the image below to start online customization for the design you want.

130mmX2

[ Customise Now ]

## Video Description





## Product Description

| Product Features | |
|---|---|
| Item: | Fashion Punk French Bulldog Keychain PU Leather Dog Keychains for Women Bag Jewelry |
| Material: | plastic |
| | PET,satin,nylon, bamboo, cotton and so on are available too |
| Size: | 7.8CM |
| | Can be change to other Hot selling heated transfer lanyard/promotional lanyard/high quality lanyard  size to meet your requirements |
| Color: | Customized, tell us PMS codes or send us sample |
| Logo: | blank |
| | silkscreen printed,heat transfer , woven/jacquard and so on are also accepted |
| Accessories: | metal hook |
| | Or your own design |
| MOQ: | Any quantity is accepted |
| Sample time: | 3 - 5 working days |



Chat Now



Browsing History





TOP

2022/6/24 Fashion Punk French Bulldog Keychain PU Leather Bag Keychains Women Bag Jewelry Buy Fashion Bulldog Keychain,Figures Keychains,Red French Bulldog Keychain…

Case 1:24-cv-04081-Document #:23-2 Filed:08/23/24 Page:288 of 305 PageID #:3595

| Delivery term: | 7 - 10 working days. It depends on order quantity |
| Packing: | 100pcs/polybag, 1000pcs/ctn, ctn size:48*29*36cm |
| | You can have individual packing or other special packing |




Chat Now


Browsing History




TOP

2022/6/24 Fashion Punk French Bulldog Keychain Leather Dog Keychains Men Women Bag Jewelry Buckle Fashion Bulldog Keychain,French Dog Figures Keychains,Red French Bulldog Keychain...

Case 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 289 of 305 PageID #:3596




Chat Now


Browsing History




TOP

2022/6/24 Fashion Punk French Bulldog Keychain Leather Dog keychains III for Women Bag Jewelry Buy Keychain Fashion Punk French Bulldog Keychain,French Dog Figures Keychains,Red French Bulldog Keychain…

Case 1:24-cv-04081-Document #: 23-2 Filed: 08/23/24 Page 290 of 305 PageID #: 3597




Chat Now


Browsing History





Case: 1:24-cv-04081 Document #: 23-2 Filed: 08/23/24 Page 291 of 305 PageID #:3598




Chat Now


Browsing History




TOP

2022/6/24    Fashion Punk French Bulldog Keychain PU Leather Dog Keychain Cute Women Bag Jewelry Buckle Fashion Figure Bulldog Keychain,Bulldog Dog Figures Keychains,Red French Bulldog Keychain...




Chat Now


Browsing History




TOP

Fashion Punk French Bulldog Keychain Leather Dog Keychains Men Women Bag Jewelry Bulldog Keychain Figures Keychains,Red French Bulldog Keychain...




Chat Now


Browsing History




TOP

Fashion Punk French Bulldog Keychain Pu Leather Dog Keychains In Women Bag Jewelry Buy Women Fashion Bag Punk Bulldog Keychain,Leather Dog Figures Keychains,Red French Bulldog Keychain...




Chat Now


Browsing History




TOP

2022/6/24

Case: 1:24-cv-04083 Document #: 23-2 Filed: 08/23/24 Page: 295 of 305 PageID #:3602

Fashion Punk French Bulldog Keychain,Pu Leather Dog Keychains For Women Bag Jewelry Buy Fashion Punk French Bulldog Keychain,Bulldog Dog Figures Keychains,Red French Bulldog Keychain...




Chat Now


Browsing History




TOP




Chat Now


Browsing
History




TOP





Chat Now



Browsing History

## Company Introduction

Yuanhong Garment Accessory Co., Ltd. has won praise from customers all over the world since establishment in 2001. We are a manufactory specializing in providing plain & custom printed lanyards, name badge holders, plastic id cards, wristband, medal ribbion and retractable badge reels,shoelaces, luggage belt,pacifier holder chain,pet leashes and collars and other extending promotional products.

Our products sell well all over the world, including Hong Kong, Europe, America and Japan. Striving for excellence with high quality and good economic returns, we realize that the highest quality, the lowest price, as well as the most convenient and rapid service create successful and long lasting partnerships. We invite domestic and overseas clients to contact us for further details. We look forward to hearing from you and are confident in our ability to serve you.





TOP





Chat Now



Browsing History




**Our Services & Strength**

1.Competitive Price,factory-direct sales
2.Low MOQ:100pcs
3. High standard quality control system and production process
4. Fast coustomized design services





TOP

2022/6/24 Fashion Punk French Bulldog Keychain Leather Dog Keychains Women Bag Jewelry Buy Fashion Punk French Bulldog Keychain,French Dog Figures Keychains,Red French Bulldog Keychain...

Case 1:24-cv-04083-Document#-23-2-Filed-08/23/24-Page-299-of-305-PageID #-3606

5. Fast delivery time,many stock color and accessoiries.

6.BV & Intertek & SGS Certificated.

## Exhibition



## Certifications



## OEM Information

You'd better offer detailed information below so that we can quote you best price ASAP when receiving your enquiry :

1. Size such as width & length, we will quote you based on 2*90CM instead if you do not tell us;

2. Order quantity.

3. Printing or jacquard required. You'd better send us your design or pictures of LOGO.

4. Material (most clients choose Polyester)

5. Accessories such as hooks, clips, buckles, safety breakaway and so on;

6. Special packing if you need









### Send your message to this supplier

To: Sendy Lin

*Message:
[Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.]

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity: [10] [Piece/Pieces ▼]

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. 🔶 **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

**Send**

### Frequently bought together






2022 USA NFL Sport Lanyard ID Holder Card...
**$0.82 - $1.48**
50 pieces (MOQ)


Hot Sell High Quality... Crystal Rhinestone Teddy
Ready to Ship
**$1.78 - $2.34**
10 pieces (MOQ)


Cartoon Nurse Doctor... Fashion Lanyard ID Badge
Ready to Ship
**$0.78 - $1.08**
20 pieces (MOQ)


Factory Direct Supply... Good Price Custom Sport
Ready to Ship
**$0.31 - $0.61**
50 pieces (MOQ)


Health Care Medical... Printing Lanyard Keychain
Ready to Ship
**$1.18 - $1.48**
50 pieces (MOQ)

## Supplier's popular products


2022 New Arrivals... Wholesale Cheap Men
Ready to Ship
**$8.20 - $9.99**
5 pieces (MOQ)


Cute Cartoon Student... Super Hero Card Holder
Ready to Ship
**$0.68 - $1.08**
20 pieces (MOQ)


Car Styling JDM Lanyard... Neck Lanyards Keychains
Ready to Ship
**$0.35 - $0.68**
50 pieces (MOQ)


Animal Sloth Neck Strap... Lanyard For Keys ID Card
Ready to Ship
**$1.38 - $1.58**
50 pieces (MOQ)


Automotive Parts Model... Key Ring Set Spinning Rim
Ready to Ship
**$0.88 - $1.98**
20 pieces (MOQ)

Not exactly what you want? 1 request, multiple quotations **Get Quotations Now >>**

### Related Searches :

| | | |
|---|---|---|
| keychain | mk keychain | wood keychain |
| China wood keychain | China number keychain | China keychain hongkong |
| lego keychain | bear keychain | bee keychain |
| China helmet keychain | China mobile keychains | China keychain cell phone |
| owl keychain | pig keychain | nike keychain |
| China custom keychain | China dental keychains | China flip flop keychains |

Download :      Alibaba Supplier App :     Follow Us : 

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - עברית - Türk - Nederlands - tiếng Việt - Indonesian -

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate



Fashion Punk French Bulldog Keychain Pu Leather Dog Keychains For Women Bag Jewelry Buy New Fashion Punk Bulldog Keychain,Leather Dog Figures Keychains,Red French Bulldog Keychain...

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2022 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4







## Buy Now

**Trade Assurance** protects your Alibaba.com orders

| Shipping address | John Kim, (+1), 3124225122 |
|---|---|
| | 1542 n bosworth ave, Chicago, Illinois, 60642, United States of America |

Yuanhong Garment Accessory Co., Ltd.

**Fashion Punk French Bulldog Keychain PU Leather Dog Keychains for Women Bag Jewelry**

Color : 1 — USD 1.48 / Piece — 12 — USD 17.76

**Customization Service**

The minimum quantity required for customization options is 3000 Pieces.
You currently have **12 Pieces** in your cart.

Subtotal: **USD 17.76**

| Service provider | Economy Parcels via YW |
|---|---|
| | Alibaba.com | Logistics |
| Shipping methods | EXPRESS |
| Incoterms | DAP (Delivered at Place) |
| Delivery timeline | Guaranteed delivery by 7/28 |

Subtotal — USD 17.76
Shipping fee — USD 12.14

Payment Amount: — USD 29.90

Trade Assurance

On-time Delivery Guarantee
Pay now and get them before 7/28.

**Proceed to pay**

Payment Security:

**Compensation for delayed delivery**

Payment        Dispatch        Received

Lead time 10 days    CN    Shipping time 12–30 working days    US

Alibaba.com | Logistics  cost–effective, efficient, and trackable.    Shipping fee: USD 12.14

Sales Tax  According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an order. Learn more

If you are purchasing products for resale or production, submit tax information to be verified for tax exemption. Submit now

Tax  USD 1.82

Additional notes (optional)  Please fill in

0/2000

I agree to share my business card with supplier.

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy – Intellectual Property Protection – Privacy Policy – Terms of Use – User Information Legal Enquiry Guide

 © 1999–2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号　浙B2–20120091–4