UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang,<br><br>    Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule "A",<br><br>    Defendants. | Case No. 24 C 4081<br><br>Hon. LaShonda A. Hunt |

### ORDER GRANTING MOTION FOR
### EXPEDITED DISCOVERY AND OTHER RELIEF

THIS CAUSE coming before the Court on Plaintiff Jun Fang's *Ex Parte* Motion for Expedited Discovery [23] (the "Motion") against The Partnerships and Unincorporated Associations Identified on Amended Schedule "A" to the First Amended Complaint [17-3], and this Court having considered the Motion and the accompanying record, GRANTS [PLAINTIFF]'s Motion as follows.

    1.    Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba, AliExpress, Amazon, eBay, Joom, Temu, Walmart, Wish, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers such as AliPay, Amazon Payments, GooglePay, Payoneer, PayPal, Ping Pong, Skrill, Stripe, Wish, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third-Party Providers"), shall, within seven (7) calendar days

after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    A.    the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses; and

    B.    any other online marketplace accounts registered by the Defendants.

    2.    The Clerk of the Court is directed to issue a single original summons in the name of "Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm and all other Defendants identified in the First Amended Complaint" that shall apply to all Defendants.

DATED: September 6, 2024        ENTERED:

LaShonda A. Hunt
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trademark Owner Identified in Exhibit 1,<br><br>                              Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule "A",<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:24-cv-04081<br>)<br>) Dist. Judge LaShonda A. Hunt<br>)<br>)<br>)<br>)<br>)<br>) |

## Amended Schedule A

| No. | Store Name | Store URL | Listing URL |
|---|---|---|---|
| 30 | Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm | https://chichengqipei.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4ba021d4bh3fPf&from=detail&productId=1600435287388 | https://www.alibaba.com/product-detail/2022-Crystal-French-Bulldog-Keychain-Lanyard_1600435287388.html?spm=a2700.galleryofferlist.normal_offer.d_title.2cf442ceIQsQhQ |
| 39 | Hunan Double Bulls Gifts Co., Ltd. | https://doublebulls.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.37996ab9CT7iv3&from=detail&productId=1600202866107 | https://www.alibaba.com/product-detail/Cartoon-Bulldog-PVC-Keychain-Creative-Cute_1600202866107.html?spm=a2700.galleryofferlist.normal_offer.d_title.70a242ceBM63TZ |
| 41 | Hunan Winners Commerce Co., Ltd. | https://winnersfashion.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.6901391eBSTBiN&from=detail&productId=1600448559900 | https://www.alibaba.com/product-detail/Fashion-Punk-French-Bulldog-Keychain-PU_1600448559900.html?spm=a2700.galleryofferlist.normal_offer.d_image.5f247ba7VziaIZ |
| 46 | Kunshan Pinstar Gifts Co., Ltd. | https://pinstar.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.20b24390mIhE0E&from=detail&productId=1600364341310 | https://www.alibaba.com/product-detail/Cartoon-bulldog-keychain-car-keychain-keyring_1600364341310.html?spm=a2700.galleryofferlist.normal_offer.d_title.2cf442ceIQsQhQ |
| 57 | Shaanxi Yuman Brilliant International Trade Co., Ltd. | https://sxcchh.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.5f72669c8Ri6NK&from=detail&productId=1600440102930 | https://www.alibaba.com/product-detail/Wholesale-Cheap-High-Quality-3d-Keychain_1600440102930.html?spm=a2700.galleryofferlist.normal_offer.d_image.8f0b7ba7t53Vxe |
| 68 | Shenzhen Linglicongming Techonic Ltd. Co. | https://cleversmart.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.66fa541ectb69L&from=detail&productId=1600498061196 | https://www.alibaba.com/product-detail/custom-soft-PVC-cartoon-3d-French_1600498061196.html?spm=a2700.galleryofferlist.normal_offer.d_title.6e367ba7AEVwht&s=p |
| 69 | Shenzhen Longgang District Bainatong Firm | https://bainatongtechnology.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.316c43d5NjpVku&from=detail&productId=1600262195983 | https://www.alibaba.com/product-detail/Cute-Colorful-Cartoon-Dog-Bulldog-Plastic_1600262195983.html?spm=a2700.galleryofferlist.normal_offer.d_title.3c0242cefh9tuQ |
| 76 | Shenzhen Yitu Electronics Co., Ltd. | https://szyitu.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.7421401cXrIjOz&from=detail&productId=1600445200097 | https://www.alibaba.com/product-detail/cute-kawaii-3d-cartoon-brown-french_1600445200097.html?spm=a2700.galleryofferlist.normal_offer.d_title.e98e4d13QTKHtJ |

| | | | |
|---|---|---|---|
| 78 | Shenzhen Zhanss Technology Co., Ltd. | https://zhansspet.en.alibaba.com/minisiteentrance.html?spm=a2700.details.cordpanyb.2.127968a9CIOkn0&from=detail&productId=1600360810464 | https://www.alibaba.com/product-detail/Wholesale-cute-french-bulldog-keychain-lanyard_1600360810464.html?spm=a2700.galleryofferlist.normal_offer.d_image.b3267ba7wmmWNr |
| 80 | Suzhou Shengbei Electronic Technology Co., Ltd. | https://szshengbei.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.72725569UA0Ehb&from=detail&productId=1600361825862 | https://www.alibaba.com/product-detail/Fashion-Bulldog-Keychain-Pu-Leather-Animal_1600361825862.html?spm=a2700.galleryofferlist.normal_offer.d_title.416542ceIOyMly |
| 85 | Xingyue (Guangzhou) Trading Co., Ltd. | https://xingyuecar.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.c4965bf4fPtngS&from=detail&productId=1600431092538 | https://www.alibaba.com/product-detail/New-Luxury-Car-Interior-Accessories-French_1600431092538.html?spm=a2700.galleryofferlist.normal_offer.d_title.25d842ce3HAKQn |
| 125 | Yiwu Tuoying Technology Co., Ltd. | https://tuoyingkeji.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.30867753wiSBlX&from=detail&productId=1600335236231 | https://www.alibaba.com/product-detail/Factory-Price-Cartoon-Series-Cartoon-Bulldog_1600335236231.html?spm=a2700.galleryofferlist.normal_offer.d_title.25d842ce3HAKQn |
| 137 | Yuanhong Garment Accessory Co., Ltd. | https://yuanhong.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.2f2113c3ngSGYG&from=detail&productId=1600204885804 | https://www.alibaba.com/product-detail/Fashion-Punk-French-Bulldog-Keychain-PU_1600204885804.html?spm=a2700.galleryofferlist.normal_offer.d_image.31657ba7NltHu4 |