**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-04081 |
| | ) | |
| v. | ) | Dist. Judge LaShonda A. Hunt |
| | ) | |
| Guangzhou Baiyun District | ) | Mag. Judge Jeffrey T. Gilbert |
| Helong Chicheng Auto Parts | ) | |
| Business Firm et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR EXTENSION TO FILE MOTIONS FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

The Court had ordered Plaintiff Jun Fang ("Plaintiff") to file a motion for entry of default by November 1, 2024. As of the date of this request for extension, Plaintiff is actively involved in negotiations with some of the defendants in the case. Such negotiations may result in settlement with some, if not all, of the Defendants. At the same time, it is possible that such discussions may break down, at which point Plaintiff would file for entry of default and default judgment against some, if not all, of the Defendants. Plaintiff requests that the Court extend the deadline for Plaintiff's filing of motion(s) for entry of default and default judgment by forty-five (45) days to facilitate ongoing attempts at settlement. This is Plaintiff's first request for such extension. The request is made in the interests of judicial efficiency and not for the purpose of prejudicing any party.

Dated: November 5, 2024

Respectfully submitted,

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N Knox Ave
Chicago, IL 60641
(312) 809-8022
ilya@zce.law

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 23, 2024, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<u>/s/ Ilya G. Zlatkin</u>
Ilya G. Zlatkin