# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Jun Fang, et al.

                              Plaintiff,

v.

Case No.: 1:24−cv−04081

Honorable LaShonda A. Hunt

Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2024:

MINUTE entry before the Honorable LaShonda A. Hunt: Request for Extension to File Motions for Entry of Default and Default Judgment [30] was not accompanied by the required notice of presentment and is therefore summarily stricken. Furthermore, the Court has never entered an order setting a November 1, 2024 deadline for seeking default, so it is unclear why Plaintiff states that in the motion. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.