# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Jun Fang, et al.

                          Plaintiff,

v.                                                Case No.: 1:24−cv−04081

                                                           Honorable LaShonda A. Hunt

Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 7, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Continued telephonic status hearing held. Counsel for Plaintiff appeared. No defendants appeared as none have been served. Plaintiff's counsel reports that he is discussing settlement with some defendants even though he has only recently requested summons to issue and has not yet filed a motion for alternative service. As discussed on the record, Plaintiff must take the appropriate steps to move this litigation forward. Continued telephonic status hearing set for 11/21/24 at 9:30AM to report on Plaintiff's progress. Attorneys/parties may appear by dialing: 650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.