# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-04081 |
| | ) | |
| v. | ) | Dist. Judge LaShonda A. Hunt |
| | ) | |
| Guangzhou Baiyun District | ) | Mag. Judge Jeffrey T. Gilbert |
| Helong Chicheng Auto Parts | ) | |
| Business Firm et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, November 21, 2024, at 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge LaShonda A. Hunt or any judge sitting in her stead, via telephone, or as the Court may require, and shall present the following motion: Plaintiff's Third Motion for Electronic Service of Process [Dkt. 33].

Dated: November 15, 2024

        Respectfully submitted,

        /s/ Ilya G. Zlatkin
        Ilya G. Zlatkin
        Zlatkin Cann Entertainment
        4245 N Knox Ave
        Chicago, IL 60641
        (312) 809-8022
        ilya@zce.law

        *Counsel for Plaintif*