UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Jun Fang, et al.
                                                    Plaintiff,
v.                                                  Case No.: 1:24−cv−04081
                                                    Honorable LaShonda A. Hunt

Guangzhou Baiyun District Helong Chicheng Auto
Parts Business Firm, et al.
                                                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, November 18, 2024:


   MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's motion for electronic service [33] is granted. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the First Amended Complaint [17], this Order, and other relevant documents on a website and by sending an e−mail with a link to said website to the e−mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e−mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections. Electronic service of process does not violate any treaty and is consistent with due process because it is an effective way to communicate with these online marketplace defendants. The continued telephonic status hearing [32] and presentment hearing [34] set for 11/21/24 are stricken; no appearance is necessary on 11/21/24. Plaintiff is directed to file a status report regarding the status of service and next steps by 11/25/24. Emailed notice. (cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.