**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-04081 |
| | ) | |
| v. | ) | Dist. Judge LaShonda A. Hunt |
| | ) | |
| Guangzhou Baiyun District | ) | Mag. Judge Jeffrey T. Gilbert |
| Helong Chicheng Auto Parts | ) | |
| Business Firm et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Plaintiff's Status Report re Service

1.  **Service of Process.**

    a.  As before, Plaintiff maintains a website for publication of relevant case documents and continues to publish such documents on the website, including specifically the documents mandated by the Court's minute order allowing for electronic service of process [Dkt. 35].

    b.  Plaintiff has been in contact with representatives of Alibaba to help determine the most up-to-date email addresses for all defendants.

    c.  Plaintiff has effected service of the First Amended Complaint (including all exhibits) and summons upon defendants whose email addresses are publicly available at their online storefronts.

    d.  Plaintiff anticipates fully effecting service on all other defendants upon production of all relevant email addresses by Alibaba.

1

2. **Next Steps.**

    a.  After effecting service as to all parties, Plaintiff expects to move for entry of default and default judgment in this case against all defendants who do not timely appear and who are not, in the alternative, engaged in good-faith negotiations with Plaintiff to settle the case.

Dated:          November 27, 2024

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*
