UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Jun Fang, et al.

Plaintiff,

v.

Case No.: 1:24−cv−04081

Honorable LaShonda A. Hunt

Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 2, 2024:

MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed Plaintiff's status report [36] indicating that he has moved forward with effectuating service and is discussing settlement with some defendants. By 12/2/24, Plaintiff is ordered to file proof of service on the docket for any defendant who has already been served. As other defendants are served, Plaintiff must file proof of service on the docket within 3 business days of service. By 12/16/24, Plaintiff is ordered to file an updated status report on the following: (1) identify each defendant who has not yet been served and the steps he has taken to complete service; (2) indicate the status of settlement discussions as to each defendant; (3) propose a deadline for motions for default and default judgment to be filed; and (4) provide any other pertinent information for Court consideration. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.