# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jun Fang

CASE NUMBER: 1:24-cv-04081

V.

ASSIGNED JUDGE: LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified on Schedule "A"

DESIGNATED MAGISTRATE JUDGE: Jeffrey T. Gilbert

TO: (Name and address of Defendant)

Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm and all other Defendants identified in the First Amended Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ZLATKIN CANN ENTERTAINMENT
ATTN: ILYA G. ZLATKIN
4245 N. KNOX AVE.
CHICAGO, IL 60641

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

November 7, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 12/06/2024 |
| NAME OF SERVER *(PRINT)* ILYA G. ZLATKIN | TITLE | ATTORNEY OF RECORD |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I electronically published the Amended Complaint, order granting expedited discovery, order allowing for electronic service of process, and other relevant documents on a website. I sent an email to the email addresses provided for Defendants 30, 41, 57, 68, 69, 76, 78, 80, 85, 125, and 137, which email included a link to said website and attached the Amended Complaint and Summons.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/06/2024           /s/ ILYA G. ZLATKIN
            *Date*                *Signature of Server*

                                 4245 N. KNOX AVE., CHICAGO, IL 60641
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.