IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-04081 |
| | ) |
| v. | ) Dist. Judge LaShonda A. Hunt |
| | ) |
| Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm et al., | ) Mag. Judge Jeffrey T. Gilbert |
| | ) |
| Defendants. | ) |

**Plaintiff's Status Report**

1. **Service of Process.**

   a. All Defendants have been served with process.

   b. Defendants 39 (Hunan Double Bulls Gifts Co., Ltd.) and 46 (Kunshan Pinstar Gifts Co., Ltd.) were served with process on November 27, 2024 [Dkt. 38].

   c. Defendants 30 (Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm), 41 (Hunan Winners Commerce Co., Ltd.), 57 (Shaanxi Yuman Brilliant International Trade Co., Ltd.), 68 (Shenzhen Linglicongming Techonic Ltd. Co.), 69 (Shenzhen Longgang District Bainatong Firm), 76 (Shenzhen Yitu Electronics Co., Ltd.), 78 (Shenzhen Zhanss Technology Co., Ltd.), 80 (Suzhou Shengbei Electronic Technology Co., Ltd.), 85 (Xingyue (Guangzhou) Trading Co., Ltd.), 125 (Yiwu Tuoying Technology Co., Ltd.), and 137 (Yuanhong Garment Accessory Co., Ltd.) were served with process on December 6, 2024 [Dkt. 39].

2. **Settlement Negotiations.**

   a. All prior negotiations have stalled without settlement.

    b. Most Defendants have not in any way responded to plaintiffs after service of process.

3. **Deadline for Filing of Motions for Default and Default Judgment.**

    a. The return date for most Defendants in the case is December 27, 2024.

    b. Assuming that no meaningful settlement discussions start or restart by December 27, 2024, Plaintiff proposes to file motions for entry of default and default judgment as to all non-appearing defendants by January 10, 2025.

4. **Other Pertinent Information.**

    a. N/A

Dated:     December 16, 2024

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*