UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Jun Fang, et al.

Plaintiff,

v.

Case No.: 1:24−cv−04081

Honorable LaShonda A. Hunt

Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2024:

MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed Plaintiff's status report [40], which states that all Defendants have been served, settlement negotiations have stalled, and the deadline for all but two Defendants to respond to the Complaint is 12/27/24 (Defendants Hunan Double Bulls Gifts Co., Ltd.'s and Kunshan Pinstar Gifts Co., Ltd.'s deadline is 12/18/24). Accordingly, by 1/10/25, Plaintiff is ordered to file any motions for entry of default pursuant to Federal Rule of Civil Procedure 55(a). If there are any remaining defendants against whom default and default judgment are not being sought, Plaintiff is ordered to file by the same date a status report identifying each defendant against whom this case is proceeding and state whether the parties anticipate a settlement or further litigation. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.