**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-04081 |
| | ) | |
| v. | ) | Dist. Judge LaShonda A. Hunt |
| | ) | |
| Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm et al., | ) ) ) | Mag. Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Motion for Entry of Default and Default Judgment**

Plaintiff Jun Fang ("Plaintiff"), by and through Plaintiff's counsel, hereby moves this Court to enter Default and Default Judgment against the Defendants identified in Exhibit A to the accompanying memorandum, which Plaintiff submits in support hereof.

Dated: January 10, 2025

Respectfully submitted,

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*