# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-04081 |
| | ) |
| v. | ) Dist. Judge LaShonda A. Hunt |
| | ) |
| Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm et al., | ) Mag. Judge Jeffrey T. Gilbert |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, January 21, 2024, at 10:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge LaShonda A. Hunt or any judge sitting in her stead and shall present the following motion: Plaintiff's Motion for Entry of Default and Default Judgment [Dkt. 43].

Dated: January 11, 2025

Respectfully submitted,

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N Knox Ave
Chicago, IL 60641
(312) 809-8022
ilya@zce.law

*Counsel for Plaintif*