# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division


Jun Fang, et al.

                                      Plaintiff,

v.

Guangzhou Baiyun District Helong Chicheng Auto
Parts Business Firm, et al.

                                      Defendant.

Case No.:
1:24–cv–04081
Honorable LaShonda A.
Hunt


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, January 13, 2025:


       MINUTE entry before the Honorable LaShonda A. Hunt: Before the Court is Plaintiff's motion for entry of default and default judgment [43] against the remaining defendants identified in Amended Schedule A [17–3]. All remaining defendants have failed either to plead or to otherwise appear to defend against this action. Accordingly, default against all defendants on Amended Schedule A is entered under Rule 55(a) of the Federal Rules of Civil Procedure. Any objections to the motion for entry of default judgment by the defaulted Defendants must be filed on or before 1/21/25. If no objections are filed by that date, the Court will consider the motion unopposed. Plaintiff must serve this minute order upon all remaining affected Defendants within one business day of its entry on the docket and must promptly file proof of that service. No appearance is necessary on 1/21/25. Mailed notice (gel,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.