# EXHIBIT 1

# Jun Fang v. Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm et al.

Below you will find relevant pleadings and Orders filed and entered in the case *Jun Fang v. Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm et al.*, Case No. 1:24-cv-04081 pending before the United States District Court for the Northern District of Illinois.

Questions concerning the case may be directed to **enforcement@zlatkinwong.com**.

1. First Amended Complaint
2. Trademark Registration Certificate
3. Order re Expedited Discovery
4. Minute Order re Electronic Service
5. Summons
6. Summons Returned Executed (Defendants 39 & 46)
7. Summons Returned Executed (Defendants 30, 41, 57, 68, 69, 76, 78, 80, 85, 125, & 137)
8. Motion for Entry of Default and Default Judgment (including attachments)
9. Minute Order Entering Default Under Rule 55(a)
10. Minute Order re Objections to Motion for Entry of Default Judgment