# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Jun Fang, et al.

                                                  Plaintiff,

v.

                                                  Case No.: 1:24−cv−04081

                                                  Honorable LaShonda A. Hunt

Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 7, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: No remaining Defendant has responded to Plaintiff's motion for entry of default judgment. Accordingly, the motion [43] is granted. Based on the evidence previously submitted by Plaintiff and the admission of liability by virtue of the default, Plaintiff has established that a permanent injunction should be entered. The infringement of Plaintiff's marks irreparably harms Plaintiff and confuses the public. Because this infringement was willful and considering the value of Plaintiff's brand as well as the need to deter infringement that is easily committed and difficult to stop, the Court concludes that $1,000 is an appropriate award of statutory damages against each remaining defendant. Plaintiff must submit a draft order consistent with the default judgment order template on the Court's webpage to proposed_order_hunt@ilnd.uscourts.gov by 2/10/25. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.