IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang,<br><br>    Plaintiff,<br><br>v.<br><br>Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm et al.,<br><br>    Defendants. | Case No. 24 C 4081<br><br>Hon. LaShonda A. Hunt |

## **DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Jun Fang ("Plaintiff" or "Fang") against the defendants identified in the First Amended Complaint (collectively, "Defendant Online Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, "Defaulting Defendants");

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering the First Amended Complaint having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with

Illinois residents by operating one or more commercial, interactive Defendant Online Stores through which Illinois residents can purchase products being sold by Defaulting Defendants using infringing versions of the XBOOM Mark:

| Reg. No. | Trademark | International Classes |
|---|---|---|
| 6,718,796 | XBOOM! | For: Charms for key chains; Key chains; Key chains comprised of split rings with decorative fobs or trinkets; Metal key chains; Metal key rings; Non-metal key rings; Retractable key chains. class 014. |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 et seq.).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the XBOOM Mark or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine XBOOM Product or not authorized by Plaintiff to be sold in connection with the XBOOM Mark;

2

  b. passing off, inducing, or enabling others to sell or pass off any product as a genuine XBOOM Product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the XBOOM Mark;

  c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

  d. further infringing the XBOOM Mark and damaging Plaintiff's goodwill; and

  e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the XBOOM Mark.

  2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defendant Online Stores or other online marketplace accounts operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as Amazon, eBay, AliExpress, Wish, WhaleCo Inc. ("Temu"), Shein, Joom, Alibaba, Walmart, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third-party processors, and other payment processing service providers, Internet search engines such as Google, Bing, and Yahoo (collectively, "Third Party Providers") shall within seven (7) calendar days of receipt of this Order:

  a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the XBOOM Mark;

  b.  disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the XBOOM Mark; and

  c.  take reasonable steps to prevent links to the Defendant Online Stores identified on Schedule A hereto from displaying in search results, including, but not limited to, removing links to the Defendant Online Stores from any search index.

  3.  Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of One Thousand U.S. Dollars ($1,000.00) for willful use of counterfeit XBOOM Mark on products sold through at least the Defendant Online Stores.

  4.  Any Third-Party Providers holding funds for Defaulting Defendants, including PayPal, Payoneer, AliPay / AntFinanical, Joom, Temu, Shein, eBay, Wish/ContextLogic, Walmart, and Amazon shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Online Stores identified in Schedule A hereto from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 3 above) or other of Defaulting Defendants' assets.

  5.  All monies (up to the amount of the statutory damages awarded in Paragraph 3 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Payoneer, AliPay / AntFinanical, Joom, Temu, Shein, eBay, Wish/ContextLogic, Walmart, and Amazon are hereby released to Plaintiff as partial payment of the above-identified damages, and PayPal, Payoneer, AliPay / AntFinanical, Joom, Temu, Shein, eBay, Wish/ContextLogic, Walmart, and Amazon are ordered to release to Plaintiff

the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

6. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

7. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by Third-Party Providers or other third parties. This is a Default Judgment.

Dated: 2/11/2025            ENTERED:

*LaShonda A. Hunt*

LASHONDA A. HUNT
United States District Judge

## SCHEDULE A

| No. | Store Name | Store URL | Listing URL |
|---|---|---|---|
| 30 | Guangzhou Baiyun District Helong Chicheng Auto Parts Business Firm | https://chichengqipei.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.4ba021d4bh3fPf&from=detail&productId=1600435287388 | https://www.alibaba.com/product-detail/2022-Crystal-French-Bulldog-Keychain-Lanyard_1600435287388.html?spm=a2700.galleryofferlist.normal_offer.d_title.2cf442ceIQsQhQ |
| 39 | Hunan Double Bulls Gifts Co., Ltd. | https://doublebulls.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.37996ab9CT7iv3&from=detail&productId=1600202866107 | https://www.alibaba.com/product-detail/Cartoon-Bulldog-PVC-Keychain-Creative-Cute_1600202866107.html?spm=a2700.galleryofferlist.normal_offer.d_title.70a242ceBM63TZ |
| 41 | Hunan Winners Commerce Co., Ltd. | https://winnersfashion.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.6901391eBSTBiN&from=detail&productId=1600448559900 | https://www.alibaba.com/product-detail/Fashion-Punk-French-Bulldog-Keychain-PU_1600448559900.html?spm=a2700.galleryofferlist.normal_offer.d_image.5f247ba7VziaIZ |
| 46 | Kunshan Pinstar Gifts Co., Ltd. | https://pinstar.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.20b24390mIhE0E&from=detail&productId=1600364341310 | https://www.alibaba.com/product-detail/Cartoon-bulldog-keychain-car-keychain-keyring_1600364341310.html?spm=a2700.galleryofferlist.normal_offer.d_title.2cf442ceIQsQhQ |
| 57 | Shaanxi Yuman Brilliant International Trade Co., Ltd. | https://sxcchh.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.5f72669c8Ri6NK&from=detail&productId=1600440102930 | https://www.alibaba.com/product-detail/Wholesale-Cheap-High-Quality-3d-Keychain_1600440102930.html?spm=a2700.galleryofferlist.normal_offer.d_image.8f0b7ba7t53Vxe |
| 68 | Shenzhen Linglicongming Techonic Ltd. Co. | https://cleversmart.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.66fa541ectb69L&from=detail&productId=1600498061196 | https://www.alibaba.com/product-detail/custom-soft-PVC-cartoon-3d-French_1600498061196.html?spm=a2700.galleryofferlist.normal_offer.d_title.6e367ba7AEVwht&s=p |
| 69 | Shenzhen Longgang District Bainatong Firm | https://bainatongtechnology.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.316c43d5NjpVku&from=detail&productId=1600262195983 | https://www.alibaba.com/product-detail/Cute-Colorful-Cartoon-Dog-Bulldog-Plastic_1600262195983.html?spm=a2700.galleryofferlist.normal_offer.d_title.3c0242cefh9tuQ |
| 76 | Shenzhen Yitu Electronics Co., Ltd. | https://szyitu.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.7421401cXrIjOz&from=detail&productId=1600445200097 | https://www.alibaba.com/product-detail/cute-kawaii-3d-cartoon-brown-french_1600445200097.html?spm=a2700.galleryofferlist.normal_offer.d_title.e98e4d13QTKHtJ |
| 78 | Shenzhen Zhanss Technology Co., Ltd. | https://zhansspet.en.alibaba.com/minisiteentrance.html?spm=a2700.details.cordpanyb.2.127968a9CIOkn0&from=detail&productId=1600360810464 | https://www.alibaba.com/product-detail/Wholesale-cute-french-bulldog-keychain-lanyard_1600360810464.html?spm=a2700.galleryofferlist.normal_offer.d_image.b3267ba7wmmWNr |
| 80 | Suzhou Shengbei Electronic Technology Co., Ltd. | https://szshengbei.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.72725569UA0Ehb&from=detail&productId=1600361825862 | https://www.alibaba.com/product-detail/Fashion-Bulldog-Keychain-Pu-Leather-Animal_1600361825862.html?spm=a2700.galleryofferlist.normal_offer.d_title.416542ceIOyMly |
| 85 | Xingyue (Guangzhou) Trading Co., Ltd. | https://xingyuecar.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.c4965bf4fPtngS&from=detail&productId=1600431092538 | https://www.alibaba.com/product-detail/New-Luxury-Car-Interior-Accessories-French_1600431092538.html?spm=a2700.galleryofferlist.normal_offer.d_title.25d842ce3HAKQn |
| 125 | Yiwu Tuoying Technology Co., Ltd. | https://tuoyingkeji.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.30867753wiSBlX&from=detail&productId=1600335236231 | https://www.alibaba.com/product-detail/Factory-Price-Cartoon-Series-Cartoon-Bulldog_1600335236231.html?spm=a2700.galleryofferlist.normal_offer.d_title.25d842ce3HAKQn |
| 137 | Yuanhong Garment Accessory Co., Ltd. | https://yuanhong.en.alibaba.com/minisiteentrance.html?spm=a2700.wholesale.cordpanyb.2.2f2113c3ngSGYG&from=detail&productId=1600204885804 | https://www.alibaba.com/product-detail/Fashion-Punk-French-Bulldog-Keychain-PU_1600204885804.html?spm=a2700.galleryofferlist.normal_offer.d_image.31657ba7NltHu4 |